IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No: 3:08-615 (MBS) |
| | ) | |
| V. | ) | |
| | ) | |
| JOSEPH B.. BRUNSON | ) | **VERDICT** |
| TIMOTHY MCQUEEN | ) | |
| TONY POUGH | ) | |
| | ) | |

WE, THE JURY, unanimously return the following verdict in the above referenced case:

1.  As to Count 1, we find the defendant, **JOSEPH BRUNSON**,

    _____  Not Guilty

    \_\_✓\_\_\_\_  Guilty

    As to Count 1, we find the defendant, **TIMOTHY MCQUEEN**,

    _____  Not Guilty

    \_\_✓\_\_\_\_  Guilty

    As to Count 1, we find the defendant, **TONY POUGH**,

    _____  Not Guilty

    \_\_✓\_\_\_\_  Guilty

2.  As to Count 2, we find the defendant, **JOSEPH BRUNSON**,

    _____  Not Guilty

    \_\_✓\_\_\_\_  Guilty

    As to Count 2, we find the defendant, **TIMOTHY MCQUEEN**,

    _____  Not Guilty

    \_\_✓\_\_\_\_  Guilty

    As to Count 2, we find the defendant, **TONY POUGH**,

    _____  Not Guilty

    \_\_✓\_\_\_\_  Guilty

3.  As to Count 3, we find the defendant, **JOSEPH BRUNSON**,

    _____  Not Guilty

    \_\_✓\_\_\_\_  Guilty

    As to Count 3, we find the defendant, **TIMOTHY MCQUEEN**,

    _____  Not Guilty

    \_\_✓\_\_\_\_  Guilty

    As to Count 3, we find the defendant, **TONY POUGH**,

    _____  Not Guilty

    \_\_✓\_\_\_\_  Guilty

4.  As to Count 4, we find the defendant, **JOSEPH BRUNSON**,

    _____  Not Guilty

    \_\_✓\_\_\_\_  Guilty

    As to Count 4, we find the defendant, **TIMOTHY MCQUEEN**,

    _____  Not Guilty

    \_\_✓\_\_\_\_  Guilty

    As to Count 4, we find the defendant, **TONY POUGH**,

    _____  Not Guilty

    \_\_✓\_\_\_\_  Guilty

5.  As to Count 5, we find the defendant, **JOSEPH BRUNSON**,

    _____  Not Guilty

    \_\_✓\_\_\_\_  Guilty

    As to Count 5, we find the defendant, **TIMOTHY MCQUEEN**,

    _____  Not Guilty

    \_\_✓\_\_\_\_  Guilty

    As to Count 5, we find the defendant, **TONY POUGH**,

    _____  Not Guilty

    \_\_✓\_\_\_\_  Guilty

6.  As to Count 6, we find the defendant, **JOSEPH BRUNSON**,

   _____ Not Guilty
   __✓__ Guilty

   As to Count 6, we find the defendant, **TIMOTHY MCQUEEN**,

   _____ Not Guilty
   __✓__ Guilty

   As to Count 6, we find the defendant, **TONY POUGH**,

   _____ Not Guilty
   __✓__ Guilty

7.  As to Count 7, we find the defendant, **JOSEPH BRUNSON**,

   _____ Not Guilty
   __✓__ Guilty

   As to Count 7, we find the defendant, **TIMOTHY MCQUEEN**,

   _____ Not Guilty
   __✓__ Guilty

   As to Count 7, we find the defendant, **TONY POUGH**,

   _____ Not Guilty
   __✓__ Guilty

8.  As to Count 8, we find the defendant, **JOSEPH BRUNSON**,

   _____ Not Guilty
   __✓__ Guilty

   As to Count 8, we find the defendant, **TIMOTHY MCQUEEN**,

   _____ Not Guilty
   __✓__ Guilty

   As to Count 8, we find the defendant, **TONY POUGH**,

   _____ Not Guilty
   __✓__ Guilty

9.     As to Count 9, we find the defendant, **JOSEPH BRUNSON**,

        _____ Not Guilty

        \_\_✓\_\_\_\_ Guilty

    As to Count 9, we find the defendant, **TIMOTHY MCQUEEN**,

        _____ Not Guilty

        \_\_✓\_\_\_\_ Guilty

    As to Count 9, we find the defendant, **TONY POUGH**,

        _____ Not Guilty

        \_\_✓\_\_\_\_ Guilty

10.    As to Count 10, we find the defendant, **JOSEPH BRUNSON**,

        _____ Not Guilty

        \_\_✓\_\_\_\_ Guilty

    As to Count 10, we find the defendant, **TIMOTHY MCQUEEN**,

        _____ Not Guilty

        \_\_✓\_\_\_\_ Guilty

    As to Count 10, we find the defendant, **TONY POUGH**,

        _____ Not Guilty

        \_\_✓\_\_\_\_ Guilty

11.    As to Count 11, we find the defendant, **JOSEPH BRUNSON**,

        _____ Not Guilty

        \_\_✓\_\_\_\_ Guilty

    As to Count 11, we find the defendant, **TIMOTHY MCQUEEN**,

        _____ Not Guilty

        \_\_✓\_\_\_\_ Guilty

    As to Count 11, we find the defendant, **TONY POUGH**,

        _____ Not Guilty

        \_\_✓\_\_\_\_ Guilty

12.    As to Count 12, we find the defendant, **JOSEPH BRUNSON**,

       _____ Not Guilty

       \_\_✓\_\_\_ Guilty

   As to Count 12, we find the defendant, **TIMOTHY MCQUEEN**,

       _____ Not Guilty

       \_\_✓\_\_\_ Guilty

   As to Count 12, we find the defendant, **TONY POUGH**,

       _____ Not Guilty

       \_\_✓\_\_\_ Guilty

13.    As to Count 13, we find the defendant, **JOSEPH BRUNSON**,

       _____ Not Guilty

       \_\_✓\_\_\_ Guilty

   As to Count 13, we find the defendant, **TIMOTHY MCQUEEN**,

       _____ Not Guilty

       \_\_✓\_\_\_ Guilty

   As to Count 13, we find the defendant, **TONY POUGH**,

       _____ Not Guilty

       \_\_✓\_\_\_ Guilty

14.    As to Count 14, we find the defendant, **JOSEPH BRUNSON**,

       _____ Not Guilty

       \_\_✓\_\_\_ Guilty

   As to Count 14, we find the defendant, **TIMOTHY MCQUEEN**,

       _____ Not Guilty

       \_\_✓\_\_\_ Guilty

   As to Count 14, we find the defendant, **TONY POUGH**,

       _____ Not Guilty

       \_\_✓\_\_\_ Guilty

15.  As to Count 15, we find the defendant, **JOSEPH BRUNSON**,

   _____  Not Guilty
   ___✓___  Guilty

   As to Count 15, we find the defendant, **TIMOTHY MCQUEEN**,

   _____  Not Guilty
   ___✓___  Guilty

   As to Count 15, we find the defendant, **TONY POUGH**,

   _____  Not Guilty
   ___✓___  Guilty

16.  As to Count 16, we find the defendant, **JOSEPH BRUNSON**,

   _____  Not Guilty
   ___✓___  Guilty

   As to Count 16, we find the defendant, **TIMOTHY MCQUEEN**,

   _____  Not Guilty
   ___✓___  Guilty

   As to Count 16, we find the defendant, **TONY POUGH**,

   _____  Not Guilty
   ___✓___  Guilty

17.  As to Count 17, we find the defendant, **JOSEPH BRUNSON**,

   _____  Not Guilty
   ___✓___  Guilty

   As to Count 17, we find the defendant, **TIMOTHY MCQUEEN**,

   _____  Not Guilty
   ___✓___  Guilty

   As to Count 17, we find the defendant, **TONY POUGH**,

   _____  Not Guilty
   ___✓___  Guilty

18. As to Count 18, we find the defendant, **JOSEPH BRUNSON**,

   _____   Not Guilty
   \_\_✓\_\_   Guilty

   As to Count 18, we find the defendant, **TIMOTHY MCQUEEN**,

   _____   Not Guilty
   \_\_✓\_\_   Guilty

   As to Count 18, we find the defendant, **TONY POUGH**,

   _____   Not Guilty
   \_\_✓\_\_   Guilty

19. As to Count 19, we find the defendant, **JOSEPH BRUNSON**,

   _____   Not Guilty
   \_\_✓\_\_   Guilty

   As to Count 19, we find the defendant, **TIMOTHY MCQUEEN**,

   _____   Not Guilty
   \_\_✓\_\_   Guilty

   As to Count 19, we find the defendant, **TONY POUGH**,

   _____   Not Guilty
   \_\_✓\_\_   Guilty

20. As to Count 20, we find the defendant, **JOSEPH BRUNSON**,

   _____   Not Guilty
   \_\_✓\_\_   Guilty

   As to Count 20, we find the defendant, **TIMOTHY MCQUEEN**,

   _____   Not Guilty
   \_\_✓\_\_   Guilty

   As to Count 20, we find the defendant, **TONY POUGH**,

   _____   Not Guilty
   \_\_✓\_\_   Guilty

21. As to Count 21, we find the defendant, **JOSEPH BRUNSON**,

   _____ Not Guilty
   \_\_✓\_\_ Guilty

   As to Count 21, we find the defendant, **TIMOTHY MCQUEEN**,

   _____ Not Guilty
   \_\_✓\_\_ Guilty

   As to Count 21, we find the defendant, **TONY POUGH**,

   _____ Not Guilty
   \_\_✓\_\_ Guilty

22. As to Count 22, we find the defendant, **JOSEPH BRUNSON**,

   _____ Not Guilty
   \_\_✓\_\_ Guilty

   As to Count 22, we find the defendant, **TIMOTHY MCQUEEN**,

   _____ Not Guilty
   \_\_✓\_\_ Guilty

   As to Count 22, we find the defendant, **TONY POUGH**,

   _____ Not Guilty
   \_\_✓\_\_ Guilty

23. As to Count 23, we find the defendant, **JOSEPH BRUNSON**,

   _____ Not Guilty
   \_\_✓\_\_ Guilty

   As to Count 23, we find the defendant, **TIMOTHY MCQUEEN**,

   _____ Not Guilty
   \_\_✓\_\_ Guilty

   As to Count 23, we find the defendant, **TONY POUGH**,

   _____ Not Guilty
   \_\_✓\_\_ Guilty

24.    As to Count 24, we find the defendant, **JOSEPH BRUNSON**,

        _____ Not Guilty
        \_\_✓\_\_\_\_ Guilty

      As to Count 24, we find the defendant, **TIMOTHY MCQUEEN**,

        _____ Not Guilty
        \_\_✓\_\_\_\_ Guilty

      As to Count 24, we find the defendant, **TONY POUGH**,

        _____ Not Guilty
        \_\_✓\_\_\_\_ Guilty

25.    As to Count 25, we find the defendant, **JOSEPH BRUNSON**,

        _____ Not Guilty
        \_\_✓\_\_\_\_ Guilty

      As to Count 25, we find the defendant, **TIMOTHY MCQUEEN**,

        _____ Not Guilty
        \_\_✓\_\_\_\_ Guilty

      As to Count 25, we find the defendant, **TONY POUGH**,

        _____ Not Guilty
        \_\_✓\_\_\_\_ Guilty

26.    As to Count 26, we find the defendant, **JOSEPH BRUNSON**,

        _____ Not Guilty
        \_\_✓\_\_\_\_ Guilty

      As to Count 26, we find the defendant, **TIMOTHY MCQUEEN**,

        _____ Not Guilty
        \_\_✓\_\_\_\_ Guilty

      As to Count 26, we find the defendant, **TONY POUGH**,

        _____ Not Guilty
        \_\_✓\_\_\_\_ Guilty

27. As to Count 27, we find the defendant, **JOSEPH BRUNSON**,

   _____ Not Guilty

   \_\_✓\_\_\_ Guilty

   As to Count 27, we find the defendant, **TIMOTHY MCQUEEN**,

   _____ Not Guilty

   \_\_✓\_\_\_ Guilty

   As to Count 27, we find the defendant, **TONY POUGH**,

   _____ Not Guilty

   \_\_✓\_\_\_ Guilty

28. As to Count 28, we find the defendant, **JOSEPH BRUNSON**,

   _____ Not Guilty

   \_\_✓\_\_\_ Guilty

   As to Count 28, we find the defendant, **TIMOTHY MCQUEEN**,

   _____ Not Guilty

   \_\_✓\_\_\_ Guilty

   As to Count 28, we find the defendant, **TONY POUGH**,

   _____ Not Guilty

   \_\_✓\_\_\_ Guilty

29. As to Count 29, we find the defendant, **JOSEPH BRUNSON**,

   _____ Not Guilty

   \_\_✓\_\_\_ Guilty

   As to Count 29, we find the defendant, **TIMOTHY MCQUEEN**,

   _____ Not Guilty

   \_\_✓\_\_\_ Guilty

   As to Count 29, we find the defendant, **TONY POUGH**,

   _____ Not Guilty

   \_\_✓\_\_\_ Guilty

30. As to Count 30, we find the defendant, **JOSEPH BRUNSON**,

    _____ Not Guilty
    \_\_✓\_\_\_\_ Guilty

    As to Count 30, we find the defendant, **TIMOTHY MCQUEEN**,

    _____ Not Guilty
    \_\_✓\_\_\_\_ Guilty

    As to Count 30, we find the defendant, **TONY POUGH**,

    _____ Not Guilty
    \_\_✓\_\_\_\_ Guilty

31. As to Count 31, we find the defendant, **JOSEPH BRUNSON**,

    _____ Not Guilty
    \_\_✓\_\_\_\_ Guilty

    As to Count 31, we find the defendant, **TIMOTHY MCQUEEN**,

    _____ Not Guilty
    \_\_✓\_\_\_\_ Guilty

    As to Count 31, we find the defendant, **TONY POUGH**,

    _____ Not Guilty
    \_\_✓\_\_\_\_ Guilty

32. As to Count 32, we find the defendant, **JOSEPH BRUNSON**,

    _____ Not Guilty
    \_\_✓\_\_\_\_ Guilty

    As to Count 32, we find the defendant, **TIMOTHY MCQUEEN**,

    _____ Not Guilty
    \_\_✓\_\_\_\_ Guilty

    As to Count 32, we find the defendant, **TONY POUGH**,

    _____ Not Guilty
    \_\_✓\_\_\_\_ Guilty

33.  As to Count 33, we find the defendant, **JOSEPH BRUNSON**,

        _____  Not Guilty

        \_\_✓\_\_  Guilty

As to Count 33, we find the defendant, **TIMOTHY MCQUEEN**,

        _____  Not Guilty

        \_\_✓\_\_  Guilty

As to Count 33, we find the defendant, **TONY POUGH**,

        _____  Not Guilty

        \_\_✓\_\_  Guilty

34.  As to Count 34, we find the defendant, **JOSEPH BRUNSON**,

        _____  Not Guilty

        \_\_✓\_\_  Guilty

As to Count 34, we find the defendant, **TIMOTHY MCQUEEN**,

        _____  Not Guilty

        \_\_✓\_\_  Guilty

As to Count 34, we find the defendant, **TONY POUGH**,

        _____  Not Guilty

        \_\_✓\_\_  Guilty

35.  As to Count 35, we find the defendant, **JOSEPH BRUNSON**,

        _____  Not Guilty

        \_\_✓\_\_  Guilty

As to Count 35, we find the defendant, **TIMOTHY MCQUEEN**,

        _____  Not Guilty

        \_\_✓\_\_  Guilty

As to Count 35, we find the defendant, **TONY POUGH**,

        _____  Not Guilty

        \_\_✓\_\_  Guilty

36.     As to Count 36, we find the defendant, **JOSEPH BRUNSON**,

        _____ Not Guilty

        \_\_✓\_\_\_ Guilty

    As to Count 36, we find the defendant, **TIMOTHY MCQUEEN**,

        _____ Not Guilty

        \_\_✓\_\_\_ Guilty

    As to Count 36, we find the defendant, **TONY POUGH**,

        _____ Not Guilty

        \_\_✓\_\_\_ Guilty

37.     As to Count 37, we find the defendant, **JOSEPH BRUNSON**,

        _____ Not Guilty

        \_\_✓\_\_\_ Guilty

    As to Count 37, we find the defendant, **TIMOTHY MCQUEEN**,

        _____ Not Guilty

        \_\_✓\_\_\_ Guilty

    As to Count 37, we find the defendant, **TONY POUGH**,

        _____ Not Guilty

        \_\_✓\_\_\_ Guilty

38.     As to Count 38, we find the defendant, **JOSEPH BRUNSON**,

        _____ Not Guilty

        \_\_✓\_\_\_ Guilty

    As to Count 38, we find the defendant, **TIMOTHY MCQUEEN**,

        _____ Not Guilty

        \_\_✓\_\_\_ Guilty

    As to Count 38, we find the defendant, **TONY POUGH**,

        _____ Not Guilty

        \_\_✓\_\_\_ Guilty

39.  As to Count 39, we find the defendant, **JOSEPH BRUNSON**,

　　　　_____  Not Guilty
　　　　\_\_✓\_\_\_\_  Guilty

As to Count 39, we find the defendant, **TIMOTHY MCQUEEN**,

　　　　_____  Not Guilty
　　　　\_\_✓\_\_\_\_  Guilty

As to Count 39, we find the defendant, **TONY POUGH**,

　　　　_____  Not Guilty
　　　　\_\_✓\_\_\_\_  Guilty

40.  As to Count 40, we find the defendant, **JOSEPH BRUNSON**,

　　　　_____  Not Guilty
　　　　\_\_✓\_\_\_\_  Guilty

As to Count 40, we find the defendant, **TIMOTHY MCQUEEN**,

　　　　_____  Not Guilty
　　　　\_\_✓\_\_\_\_  Guilty

As to Count 40, we find the defendant, **TONY POUGH**,

　　　　_____  Not Guilty
　　　　\_\_✓\_\_\_\_  Guilty

41.  As to Count 41, we find the defendant, **JOSEPH BRUNSON**,

　　　　_____  Not Guilty
　　　　\_\_✓\_\_\_\_  Guilty

As to Count 41, we find the defendant, **TIMOTHY MCQUEEN**,

　　　　_____  Not Guilty
　　　　\_\_✓\_\_\_\_  Guilty

As to Count 41, we find the defendant, **TONY POUGH**,

　　　　_____  Not Guilty
　　　　\_\_✓\_\_\_\_  Guilty

42. As to Count 42, we find the defendant, **JOSEPH BRUNSON**,

   _____ Not Guilty
   \_\_✓\_\_\_ Guilty

   As to Count 42, we find the defendant, **TIMOTHY MCQUEEN**,

   _____ Not Guilty
   \_\_✓\_\_\_ Guilty

   As to Count 42, we find the defendant, **TONY POUGH**,

   _____ Not Guilty
   \_\_✓\_\_\_ Guilty

43. As to Count 43, we find the defendant, **JOSEPH BRUNSON**,

   _____ Not Guilty
   \_\_✓\_\_\_ Guilty

   As to Count 43, we find the defendant, **TIMOTHY MCQUEEN**,

   _____ Not Guilty
   \_\_✓\_\_\_ Guilty

   As to Count 43, we find the defendant, **TONY POUGH**,

   _____ Not Guilty
   \_\_✓\_\_\_ Guilty

44. As to Count 44, we find the defendant, **JOSEPH BRUNSON**,

   _____ Not Guilty
   \_\_✓\_\_\_ Guilty

   As to Count 44, we find the defendant, **TIMOTHY MCQUEEN**,

   _____ Not Guilty
   \_\_✓\_\_\_ Guilty

   As to Count 44, we find the defendant, **TONY POUGH**,

   _____ Not Guilty
   \_\_✓\_\_\_ Guilty

45. As to Count 45, we find the defendant, **JOSEPH BRUNSON**,

   _____ Not Guilty

   ___✓___ Guilty

   As to Count 45, we find the defendant, **TIMOTHY MCQUEEN**,

   _____ Not Guilty

   ___✓___ Guilty

   As to Count 45, we find the defendant, **TONY POUGH**,

   _____ Not Guilty

   ___✓___ Guilty

46. As to Count 46, we find the defendant, **JOSEPH BRUNSON**,

   _____ Not Guilty

   ___✓___ Guilty

   As to Count 46, we find the defendant, **TIMOTHY MCQUEEN**,

   _____ Not Guilty

   ___✓___ Guilty

   As to Count 46, we find the defendant, **TONY POUGH**,

   _____ Not Guilty

   ___✓___ Guilty

47. As to Count 47, we find the defendant, **JOSEPH BRUNSON**,

   _____ Not Guilty

   ___✓___ Guilty

   As to Count 47, we find the defendant, **TIMOTHY MCQUEEN**,

   _____ Not Guilty

   ___✓___ Guilty

   As to Count 47, we find the defendant, **TONY POUGH**,

   _____ Not Guilty

   ___✓___ Guilty

48. As to Count 48, we find the defendant, **JOSEPH BRUNSON**,

   _____ Not Guilty
   \_\_✓\_\_ Guilty

   As to Count 48, we find the defendant, **TIMOTHY MCQUEEN**,

   _____ Not Guilty
   \_\_✓\_\_ Guilty

   As to Count 48, we find the defendant, **TONY POUGH**,

   _____ Not Guilty
   \_\_✓\_\_ Guilty

49. As to Count 49, we find the defendant, **JOSEPH BRUNSON**,

   _____ Not Guilty
   \_\_✓\_\_ Guilty

   As to Count 49, we find the defendant, **TIMOTHY MCQUEEN**,

   _____ Not Guilty
   \_\_✓\_\_ Guilty

   As to Count 49, we find the defendant, **TONY POUGH**,

   _____ Not Guilty
   \_\_✓\_\_ Guilty

50. As to Count 50, we find the defendant, **JOSEPH BRUNSON**,

   _____ Not Guilty
   \_\_✓\_\_ Guilty

   As to Count 50, we find the defendant, **TIMOTHY MCQUEEN**,

   _____ Not Guilty
   \_\_✓\_\_ Guilty

   As to Count 50, we find the defendant, **TONY POUGH**,

   _____ Not Guilty
   \_\_✓\_\_ Guilty

51. As to Count 51, we find the defendant, **JOSEPH BRUNSON**,

    _____ Not Guilty

    \_\_✓\_\_ Guilty

    As to Count 51, we find the defendant, **TIMOTHY MCQUEEN**,

    _____ Not Guilty

    \_\_✓\_\_ Guilty

    As to Count 51, we find the defendant, **TONY POUGH**,

    _____ Not Guilty

    \_\_✓\_\_ Guilty

52. As to Count 52, we find the defendant, **JOSEPH BRUNSON**,

    _____ Not Guilty

    \_\_✓\_\_ Guilty

    As to Count 52, we find the defendant, **TIMOTHY MCQUEEN**,

    _____ Not Guilty

    \_\_✓\_\_ Guilty

    As to Count 52, we find the defendant, **TONY POUGH**,

    _____ Not Guilty

    \_\_✓\_\_ Guilty

53. As to Count 53, we find the defendant, **JOSEPH BRUNSON**,

    _____ Not Guilty

    \_\_✓\_\_ Guilty

    As to Count 53, we find the defendant, **TIMOTHY MCQUEEN**,

    _____ Not Guilty

    \_\_✓\_\_ Guilty

    As to Count 53, we find the defendant, **TONY POUGH**,

    _____ Not Guilty

    \_\_✓\_\_ Guilty

54. As to Count 54, we find the defendant, **JOSEPH BRUNSON**,

   _____ Not Guilty
   \_\_✓\_\_\_ Guilty

   As to Count 54, we find the defendant, **TIMOTHY MCQUEEN**,

   _____ Not Guilty
   \_\_✓\_\_\_ Guilty

   As to Count 54, we find the defendant, **TONY POUGH**,

   _____ Not Guilty
   \_\_✓\_\_\_ Guilty

55. As to Count 55, we find the defendant, **JOSEPH BRUNSON**,

   _____ Not Guilty
   \_\_✓\_\_\_ Guilty

   As to Count 55, we find the defendant, **TIMOTHY MCQUEEN**,

   _____ Not Guilty
   \_\_✓\_\_\_ Guilty

   As to Count 55, we find the defendant, **TONY POUGH**,

   _____ Not Guilty
   \_\_✓\_\_\_ Guilty

56. As to Count 56, we find the defendant, **JOSEPH BRUNSON**,

   _____ Not Guilty
   \_\_✓\_\_\_ Guilty

   As to Count 56, we find the defendant, **TIMOTHY MCQUEEN**,

   _____ Not Guilty
   \_\_✓\_\_\_ Guilty

   As to Count 56, we find the defendant, **TONY POUGH**,

   _____ Not Guilty
   \_\_✓\_\_\_ Guilty

57. As to Count 57, we find the defendant, **JOSEPH BRUNSON**,

   _____  Not Guilty
   ✓  Guilty

   As to Count 57, we find the defendant, **TIMOTHY MCQUEEN**,

   _____  Not Guilty
   ✓  Guilty

   As to Count 57, we find the defendant, **TONY POUGH**,

   _____  Not Guilty
   ✓  Guilty

58. As to Count 58, we find the defendant, **JOSEPH BRUNSON**,

   _____  Not Guilty
   ✓  Guilty

   As to Count 58, we find the defendant, **TIMOTHY MCQUEEN**,

   _____  Not Guilty
   ✓  Guilty

   As to Count 58, we find the defendant, **TONY POUGH**,

   _____  Not Guilty
   ✓  Guilty

November 20, 2009
Columbia, South Carolina

Foreperson's Signature

Foreperson's printed name