IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF SOUTH CAROLINA
COLUMBIA DIVISION

RECEIVED

2009 NOV 20  P 3: 57

Case No. # **3:08-CR-00615-MBS**

# MOTION FOR ADMINISTRATIVE NOTICE AFFIDAVIT OF NEGATIVE AVERMENT

| IN THE MATTER OF | } WRIT IN THE NATURE OF DISCOVERY |
| --- | --- |
| | } & |
| | } WIRT OF CERTIORARI |
| Ex Rel [TIMOTHY MCQUEEN] | } |
| | } |
| | } |

COMES NOW:
In Propria Persona

The **Trustee, Timonthy:McQueen,** in the matter of **Ex Rel [TIMOTHY MCQUEEN],** pursuant 27 CFR 72.11 does hereby request a validation of debt regarding the above styled case with attached presentments from **Agent: W. Walter Wilkins, UNITED STATES DISTRICT ATTORNEY'S OFFICE agent for UNITED STATES DISTRICT COURT FOR THE STATE OF SOUTH CAROLINA COLUMBIA DIVISION "et al"**

Prepared and submitted this __20__ day of __November__, 2009.

By: _____
Timonthy:McQueen, Trustee, Settlor
Nonresident/ Non-Domestic
First Class, U.S. Delivery
Care of 44 Ravenglass Way
Blythewood, South Carolina Republic state

1

Case Number
3:08-CR-00615-MBS

RE321723784US
REGISTERED MAILING NUMBER

November 20, 2009
Date and Time sent

# Administrative Notice of Affidavit
# &
# Judgment Estoppel in Pias

Timonthy:McQueen
Nonresident /Non Domestic
First Class, U.S. Delivery
Care of 1907 Henderson Street
Columbia, South Carolina Republic state

RICHLAND County

**Timonthy:McQueen** Being first duly sworn, deposes and says:
1) Whereas, I, **Timonthy:McQueen** of the **Brunson** family, in correct public and private capacity as beneficiary to the Original Jurisdiction, being of majority in age, competent to state the matters set forth herein with firsthand personal knowledge of the facts stated herein as true, correct, complete and certain, not misleading, admissible as evidence, and if called upon as a witness I will testify to their veracity; and, whereas I am a free **Sovereign Aboriginal Indigenous Inhabitant,** living on the land within the exterior territorial boundary of **Richland** as defined in the organic **South Carolina Republic state** Constitution of 1802 at Article XII, sec 6, and not a mere resident thereof; and,

2) Whereas, know all men by these presents, all whom have eyes to see, ears to hear, **Timonthy:McQueen** is the exact spelling of the appellation given Me in proper English, upper and lower case; and whereas in correct public and private capacity as beneficiary to the Original Jurisdiction, at all times reserves all Absolute Rights to **TIMOTHY MCQUEEN**, appellation, at no time waiving, yielding up imprescriptable Rights to **TIMONTHY:MCQUEEN** without the express written consent of **Timonthy:McQueen** and whereas **Timonthy:McQueen** avers, by this lawful affidavit, at no time is **Timonthy:McQueen** identified with, identified as, or has any nexus to any institutional, bifurcated, public, cestui que trust; and,

3) Whereas, I, **Timonthy:McQueen** am endowed by our Creator with perfect rights and perfect obligations as postulated in the Holy Scriptures and the law of the Declaration of Independence, which I have never with informed consent voluntarily waived; and, whereas I further state that I am not a subject of Great Britain or the English Crown or of the so-called UNITED STATES, nor am I a party to the Constitution of the United States of America or to the **STATE OF SOUTH CAROLINA** Constitution nor any other constitution, and thusly claim no 'constitutional absolute

2

rights' to speak of; nor am I a resident or licensee of the **DISTRICT OF COLUMBIA**, nor the **STATE OF SOUTH CAROLINA** nor any of the other fifty compact states, and; whereas I only have obligations to obey the uncopyrighted laws of our Creator alone; and,

4) Whereas, I, **Timonthy:McQueen**, am neither 'subject to', nor a 'subject of', the territorially-limited exclusive legislative jurisdiction of Congress by residence or otherwise, mandated for the municipality of Washington, DC known as the DISTRICT OF COLUMBIA or any other foreign 'federal areas'; and, whereas I have never with informed consent, volunteered to enter into any contractual agreement, adhesion or otherwise, that would make Me subject to said jurisdiction of Congress or the DISTRICT OF COLUMBIA, nor can it be proven that any of the Constitutions for the UNITED STATES or the united States of America or the **STATE OF SOUTH CAROLINA** operates either directly or indirectly upon me; and,

5) Whereas, the DISTRICT OF COLUMBIA and the UNITED STATES are defined as federal corporations and are acknowledged as bankrupt in the Emergency Banking Act, as declared by President Roosevelt through Executive Orders, and as confirmed by Congress on June 9, 1933 and by subsequent Supreme Court decisions, and is an obligator/grantor to the privately owned Federal Reserve Bank, created ultra vires by an Act of Congress on December 23, 1913, and that Congress agreed and contracted in international commercial law in the said Federal Reserve Bank Act to give the 'Fed' a paramount and permanent lien on the United States assets wherein the users of said bank notes agree as a 'parole promise' to accept the status as an obligor/grantor or surety, to hypothecate all user's assets to the UNITED STATES, thereby to the Federal Reserve System with the I.R.S. merely acting under a collection agreement as a user fee, for the use of Federal Reserve Bank Notes; and whereas there is no law in common with Great Britain or the English throne, who apparently are the real party of interest and ultimate creditor of the above described debtors; and,

6) Whereas, the affiant denies the actual existence of all corporations including, but not limited to the following; the DISTRICT OF COLUMBIA, UNITED STATES, **STATE OF SOUTH CAROLINA** , COUNTY OF **RICHLAND**, CITY OF **COLUMBIA**, all BAR ASSOCIATIONS, and any and all other such fictitious organizations and/or statutorily created persons that exist no where, except perhaps as a concept on a piece of paper, or who are or who may be corporate members or may be associated with complaints against My natural body; and,

7) Wherefore, for the protection of My substantive unalienable Absolute Rights, I have declined any attempt to induce Me by fraud to be a tort feasor to the organic **South Carolina Republic state** Constitution or the Constitution for the united States of America where, at Article I, Section 10, Clause 1, it states: "No State shall ... emit bills of credit, make any thing but gold and silver coin a tender in payment of debts"; and, whereas I have 'Specially Objected' to the use of Federal Reserve Bank Notes; and, whereas I make public My special objection to the use of these United States Funds, namely Federal Reserve Notes or any other counterfeit security through constructive fraud; and,

3

8) Whereas, as a result of such sly entrapments over the years without full disclosure, I have unwittingly signed many documents, agreements or contracts, some even under the foreign 'perjury' jurat, as was supposedly required at the behest of clever liars, however, wherein fraud vitiates even the most solemn of contracts UCC 1-201(16) and UCC 1-207, and pursuant to the Rule Against Perpetuities found in the organic Constitution, I have removed My signatures and have revoked and rendered any and all such documents null and void, not bona fide, nunc pro tunc; and, with all of the above in mind; and, whereas I am not a surety, obligator or grantor to any portion of the public national/federal hypothecated debt or any obligations other than My own private obligations; and whereas I state for the record that it has never been My intent or desire to be a voluntary participant or beneficiary in any institutional, bifurcated, public cestui que trust or any of the above described jurisdictions of mercantile equity under some ecclesiastical British/Roman Civil Law surreptitiously imposed by Acts of Congress and/or the **STATE OF SOUTH CAROLINA** Legislature under pretense of 'emergency' outside of their Constitutionally limited authority; and,

9) Whereas, I further do not access nor subscribe to the religious beliefs, dogma or private law commonly called 'United States Codes', '**STATE OF SOUTH CAROLINA** Codes', 'Federal Rules' or '**STATE OF SOUTH CAROLINA** Rules of Court', all of which have not been duly enacted and are privately owned as evidenced by the copyright notice(s) contained therein of said bankrupt debtors; namely the corporate UNITED STATES, DISTRICT OF COLUMBIA and the **STATE OF SOUTH CAROLINA**, or to any of their other political subdivisions, agents, officers, employees, etceteras, commonly called 'oath takers'; and,

10) Whereas, the law will always give a remedy, and to further protect My substantive rights I **Timonthy:McQueen** have exercised My absolute right to effect the remedy found in Article 9 of the Uniform Commercial Code and have so registered My claims as the Secured Party, Trustee to My Title and My private property and to the property of the debtors therein so listed, in Richland County South Carolina state UCC Branch Division Registration Number's **BK: 1568-1256 Instrument: 2009084370** providing the first in time, first in place priority claim therein, making My private property cestui que trust, preffered preffered stock holder exempt from levy; and,

11) Therefore, anyone willfully violating My private Rights can and will be personally charged under an affidavit of probable cause as felon(s) under your own laws (Title 18 United States Code §§ 219, 241, 242, 876, 912, 913, 951, 1001) and/or otherwise; and any demands for payment or performance not specifically and currently authorized by Me personally, will be deemed to be an offer to engage into a contract, and will be Accepted For Value forthwith; and in fairness it can be added that no oath taker has My written lawful 'Delegation of Authority' or Order, to My knowledge, to function in or on My behalf without My express written consent; and,

4

12) If any man or woman desires to answer or rebut this affidavit, please answer in the manner of this affidavit, with a notarized affidavit of your own,
using your Christian and family name for signature, by mailing a certified copy to the below named Notary Public, at the address provided, within **three (3)** calendar days or an Affidavit of Non-Rebuttal will be obtained and made part of the public record, and will place you under estoppel in pais; and,

Notice to Principal is Notice to Agent and Notice to Agent is Notice to Principal;

"Please See The Attached Notice for **Bill of Peace** "

Further Affiant Saith Naught.

By: _____
Authorized Representative, Trustee
As good as Avail

State of:    South Carolina    )
                               ) SS
County of:   Richland          )

On 20TH of NOV. 2009 Timenth McQueen. Personally appeared before me, Carl Bouknight, a notary public **South Carolina** State **Richland** County.

Carl Bouknight                    Bouknight
Notary Print Name                 Notary Signature

My commission expires 9/12/15

