IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF SOUTH CAROLINA
COLUMBIA DIVISION       2009 NOV 20 P 3: 57

Case No. # 3:08-CR-00615-MBS

# BILL OF PEACE
# &
# MOTION FOR WRIT OF CERTIORARI

| IN THE MATTER OF | } WRIT IN THE NATURE OF DISCOVERY |
|---|---|
| | } |
| | } REQUEST FOR DEBT VALIDATION ASSESSMENT |
| Ex Rel [TIMOTHY MCQUEEN] | } |
| | } |
| | } |

COMES NOW:
In Propria Persona

The **Trustee, Timonthy:McQueen,** in the matter of **Ex Rel [TIMOTHY MCQUEEN],** pursuant 27 CFR 72.11 does hereby request a validation of debt regarding the above styled case with attached presentments from **Agent: W. Walter Wilkins, UNITED STATES DISTRICT ATTORNEY'S OFFICE agent for UNITED STATES DISTRICT COURT FOR THE STATE OF SOUTH CAROLINA COLUMBIA DIVISIO "et al"**

Prepared and submitted this __20_ day of __November__, 2009.

By: _____
Timonthy:McQueen, Trustee, Settlor
Nonresident/ Non-Domestic
First Class, U.S. Delivery
Care of 1907 Henderson Street
Columbia, South Carolina Republic state

# Bill of Peace

File No. **TM-01** in Reference to Case No. **3:08-CR-00615-MBS**

One living, sentient, free-will, natural Man, known as **Timonthy:McQueen** hereinafter "One," acting in unlimited-liability capacity with absolute rights granted by life and upheld by all valid and just law, declares and attests true, correct, and complete, in accordance with One's deeply held spiritual convictions and creed, that One is not an enemy of:

1. **Life, God, the laws of being, natural law, truth, love, good will, peace, eternal verities, sanity, and the highest universal principles of mankind.**
2. **All rights of the sovereign people living on the soil of the land commonly referenced as "South Carolina Republic state" secured by life, just law, the Constitution of the united States, 1787, the Bill of Rights, 1791, the Constitution of the State of South Carolina Republic state, and otherwise.**
3. **The universal rights of man.**
4. **People of good will everywhere.**

One claims all sovereignty, unalienable absolute rights and power to exercise said rights, innate in One's life and as secured and guaranteed by the de jure Constitution of the United States, 1787, and First Ten Articles of Amendment, 1791, "Bill of Rights."

One extends to **STATE OF SOUTH CAROLINA, " A. MAN WITH SCALES"**, jointly and severally hereinafter referenced as "Respondent," and every other living being alleging involvement with so-called **"STATE OF SOUTH CAROLINA, RICHLAND COUNTY, CITY OF COLUMBIA, Case No. # 3:08-CR-00615-MBS"** allegedly bearing involvement with some undefined and unproved beings/ entities/ persons/ corporations/ trusts/ limited/ partnerships/ associations/ unincorporated associations/ whatever referenced as **"STATE OF SOUTH CAROLINA," "A. MAN WITH SCALES," and "CITY OF COLUMBIA,"** a covenant and creed of peace and good will and mutual agreement to respect the life, rights, dignity, freedom, and property of One, Respondent, and all people.

Respondent, and everyone desiring to contract with One as herein, possesses two (2) options re this Bill of Peace:

1. **Notarize and sign below in red ink in unlimited-liability capacity, using Respondent's Christian name for signature, signifying contractual agreement to the sentiments and intent of One as expressed herein:**
2. **Fail to sign, notarize, and return this Bill of Peace and thereby declare under oath that Respondent is an enemy of One and the united States of America and the people, Constitution, and Government thereof.**

Respondent must execute this Affidavit, i.e. "Bill of Peace," as per the first of the two (2) designated options above and mail to the below-named notary public _Carl Bouknight_ Location **1031 Barmettler Place**, City **Columbia** State **South Carolina Republic state [29210]** within **Three (3)** calendar days of Respondent's receipt of this Bill of Peace. Non-response by Respondent, as well as any response of any kind whatsoever other than receipt by notary public **Carl Bouknight** of this Bill of Peace with Respondent's original, notarized signature thereon in red ink, establishes on the record Respondent's confession and consent of judgment under oath that Respondent stipulates that:

1. **Respondent is acting under alleged "authority" of some War Powers in accordance with the second of the two (2) above-designated options under alleged "authority" of some War Powers, such as the Trading With The Enemy Act of October 6, 1917 as amended on March 9, 1933, codified in 12 USC 95, which is the "law of necessity," i.e. "law of the jungle." I.e. "no law."**
2. **Any action of any kind by anyone against One regarding this instant matter hereafter constitutes a deliberate act of war against One, the United States of America and the government and people thereof, and treason against the Constitution of the United States, 1787.**
3. **Respondent is operating on alleged authority of a letter of marque and reprisal issued by an undisclosed party.**
4. **Any papers, notices, subpoenas, and the like which One might receive hereafter are of no legal force and effect due to being hostile acts of aggression, and One can legally and lawfully disregard all of said paperwork without legal possibility for reprisal under the principle conveyed in and by the Fifth Amendment to the Constitution of the United States, 1787, Bill of Rights, 1791, and such established maxims of law as:**

   - **No one is bound to arm his adversary against himself, Wing, Max, 665.**
   - **No man is bound to produce writings against himself, Bell, Dict.**
   - **No one is bound to accuse himself, Wing, Max, 486: 14 M. & W. 286: 107 Mass. 181.**

5. No valid, enforceable, and bona fide contract between One and Respondent is possible due to the duress, fraud, menace, and undue influence inherent in Respondent's aggression, non-disclosure, and acts of war against One and One's Country.
6. All commercial intercourse between enemies is both prohibited and cannot be made obligatory between One and Respondent.
7. One is authorized to lodge One's complaint with the military of the United States and the World Court for war crimes against indigenous people and humanity.

One herewith declares and asserts on One's unlimited liability that One issues this Bill of Peace with sincere intent, that One is competent to state the matters set forth herein, that the contents are true, correct, and complete, not misleading, and the truth, the whole truth, and nothing but the truth to the best of One's knowledge, understanding, and deeply held spiritual convictions and creed.

Further Declarant Saith Naught.

By: _____
Authorized Representative/Trustee
As good as Avail

State of:   South Carolina   )
                             ) SS
County of: Richland          )

On 20Th of NOV. 2009   Timonth McQueen, Carl Bouknight (N).

Personally appeared before me, Carl Bouknight, a notary public South Carolina State Richland County.

Carl Bouknight                              CBouknight
Notary Print Name                           Notary Signature

My commission expires 9/12/15

[Notary Seal: NOTARY PUBLIC SOUTH CAROLINA]