1                    IN THE UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF SOUTH CAROLINA
2                          COLUMBIA DIVISION

3          UNITED STATES OF AMERICA )
                                    )
4                    VS.            )      CR. NO. 3:08-615
                                    )      COLUMBIA, SC
5          TIMOTHY MCQUEEN, TONY B  )      NOVEMBER 18, 2009
           POUGH, JOSEPH B BRUNSON, )
6                                   )
                          DEFENDANTS.)
7          ------------------------)

8              BEFORE THE HONORABLE MARGARET B. SEYMOUR
                  UNITED STATES DISTRICT COURT JUDGE
9                   TESTIMONY OF DAWN BRACKETT

10         A P P E A R A N C E S :

11         FOR THE GOVERNMENT:        WINSTON D HOLLIDAY, AUSA
                                      MARK C MOORE, AUSA
12                                    UNITED STATES ATTORNEY'S OFFICE
                                      1441 MAIN STREET, SUITE 500
13                                    COLUMBIA, SC  29201

14         FOR TIMOTHY MCQUEEN:       LOUIS H LANG, ESQ.
                                      CALLISON, TIGHE AND ROBINSON
15                                    PO BOX 1390
                                      COLUMBIA, SC  29202

16
           FOR TONY B POUGH:         PARKS SMALL, FPD
17                                    FEDERAL PUBLIC DEFENDER
                                      1901 ASSEMBLY STREET, SUITE 200
18                                    BB&T BUILDING
                                      COLUMBIA, SC  29201

19
           FOR JOSEPH B BRUNSON:     W. MICHAEL DUNCAN, ESQ.
20                                    AUSTIN, LEWIS AND ROGERS
                                      PO BOX 11716
21                                    COLUMBIA, SC  29211

22
           COURT REPORTER:           KATHLEEN RICHARDSON, RPR, CRR
23                                    UNITED STATES COURT REPORTER
                                      901 RICHLAND STREET
24                                    COLUMBIA, SC  29201

25             STENOTYPE-COMPUTER-AIDED TRANSCRIPTION
                      *** *** *** *** ***

1    **INDEX OF WITNESSES**

2  DAWN BRACKETT

3        DIRECT BY MR. MOORE . . . . . . . . . . . . . . .3

4        CROSS BY MR. LANG . . . . . . . . . . . . . . 23

5        REDIRECT BY MR. MOORE . . . . . . . . . . . . 31

6        RECROSS BY MR. LANG . . . . . . . . . . . . . 37

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

DAWN BRACKETT - DIRECT

1              *THE COURT:*  CALL YOUR NEXT WITNESS.

2              *MR. MOORE:*  DAWN BRACKETT, YOUR HONOR.

3              DAWN BRACKETT, AFTER BEING DULY SWORN, TESTIFIED AS

4    FOLLOWS:

5              *MR. MOORE:*  MAY I PROCEED, YOUR HONOR?

6              *THE COURT:*  YOU MAY.

7                        DIRECT EXAMINATION

8    BY MR. MOORE:

9    Q    MS. BRACKET, I KNOW I'M TAKING YOU AWAY FROM SOMETHING

10   IMPORTANT TODAY.  WHAT DO YOU DO FOR A LIVING?

11   A    I TEACH FIFTH GRADE.

12   Q    AND WHERE DO YOU TEACH FIFTH GRADE?

13   A    FAIRFIELD COUNTY.

14   Q    HOW LONG YOU BEEN TEACHING FIFTH GRADE?

15   A    FOR A YEAR NOW.

16   Q    OKAY.  TELL US A LITTLE BIT ABOUT YOUR EDUCATIONAL

17   BACKGROUND.  DID YOU GO BACK TO SCHOOL AND GET A MASTER'S

18   DEGREE IN TEACHING?

19   A    YES, I DID.

20   Q    WHEN DID YOU DO THAT, MS. BRACKETT?

21   A    I BEGAN BELIEVE IT WAS 2003.

22   Q    OKAY.  AND ARE YOU FROM THE COLUMBIA AREA?

23   A    I AM.

24   Q    OKAY.  AND AT SOME POINT DID YOU BEGIN WORKING AT THE

25   OFFICES OF THE CAPITAL CONSORTIUM GROUP BEFORE YOU COMPLETED

DAWN BRACKETT - DIRECT

4

```
1    YOUR MASTER'S DEGREE?

2    A    YES, I DID.

3    Q    OKAY.  AND WERE YOU IN SCHOOL AT THE TIME?

4    A    YES, I WAS.

5    Q    AND HOW DID YOU BECOME EMPLOYED WITH CAPITAL CONSORTIUM

6    GROUP?

7    A    WELL, WHILE I WAS IN GRADUATE SCHOOL I WORKED AT THE UPS

8    STORE AND--

9    Q    AND WHERE WAS THAT UPS STORE LOCATED?

10   A    ON BROAD RIVER ROAD.

11   Q    OKAY.

12   A    AND I MET THE -- JOE, TONY, AND TIM WHILE I WAS WORKING

13   THERE.

14   Q    AND HOW DID YOU MEET MR. BRUNSON, MR. MCQUEEN, AND MR.

15   POUGH WHILE YOU WERE WORKING THERE?

16   A    I WAS DURING -- I WAS IN CUSTOMER SERVICE AT THE TIME.

17   Q    YES, MA'AM.

18   A    AND THEY WOULD COME IN.  WE HAVE MAIL -- WELL, THEY HAD

19   MAILBOXES THERE AND THEY HAD A MAILBOX, SO THEY WOULD COME UP

20   AND PICK UP THEIR MAIL OR THEY WOULD DROP OFF -- OCCASIONALLY

21   THEY WOULD DROP OFF UPS PACKAGES.

22   Q    DID THEY COME BY PRETTY FREQUENTLY OR DID PEOPLE FROM

23   THE CAPITAL CONSORTIUM GROUP COME TO THAT OFFICE REGULARLY TO

24   PICK UP MAIL AND OR OTHER THINGS FROM THEIR BOX?

25   A    AT LEAST ONCE A WEEK.  SOMETIMES MORE, SOMETIMES LESS,
```

1    BUT AT LEAST ONCE A WEEK.

2    Q    OKAY.  AND HOW IS IT THAT YOUR MEETING THEM LED TO YOUR

3    EMPLOYMENT WITH CAPITAL CONSORTIUM GROUP?

4    A    WELL, OF COURSE, YOU KNOW, AS THEY WOULD COME IN -- WHEN

5    YOU HAVE A REGULAR TO COME IN, YOU FORM A, YOU KNOW, A TYPE

6    OF RELATIONSHIP, SO...

7    Q    YOU GET TO KNOW THEM; RIGHT?

8    A    YOU GET -- YEAH, YOU GET TO KNOW THEM.  SO WE HAD

9    CONVERSATIONS AND EVENTUALLY I WAS ASKED TO JOIN THEIR

10   ORGANIZATION.

11   Q    NOW, WAS THERE A REASON WHY YOU WERE A LITTLE

12   DISSATISFIED WITH UPS OR SOMETHING THAT WAS GOING ON IN UPS

13   THAT MADE IT DIFFICULT FOR YOU TO DO THAT AND GO TO SCHOOL?

14   A    WELL, ONE OF THE -- THE MAIN REASON IS WHEN YOU WORK IN

15   CUSTOMER SERVICE, YOU ARE RELIED -- YOU RELY ON OTHER PEOPLE

16   TO COME IN WHEN THEY ARE SUPPOSED TO COME IN.

17   Q    YES, MA'AM.

18   A    AND CONSIDERING I -- THAT I HAD MY CLASSES IN THE

19   EVENING, I HAD TO WAIT QUITE OFTEN FOR THE COLLEGE KIDS WHO

20   CAME IN FROM USC TO RELIEVE ME SO THAT I COULD GO TO CLASS.

21   AND ON OCCASION THEY WOULD COME IN LATE WHICH WOULD MAKE ME

22   LATE FOR CLASS OR ON OCCASION I WOULDN'T BE ABLE TO GO

23   BECAUSE OF HOW LATE THEY -- THEY WOULD COME IN.

24   Q    SO DID CCG OFFER YOU MAYBE THE ALLURE OF BETTER HOURS,

25   MORE REGULAR HOURS THAT WOULD ALLOW YOU TO GET TO SCHOOL ON

1    TIME?

2    A    YES.

3    Q    AND WHEN DID YOU START WORKING AT CCG IF YOU REMEMBER?

4    A    IT WAS MARCH.  I DON'T REMEMBER THE YEAR, BUT IT WAS THE

5    MARCH OF 2000 -- I DON'T REMEMBER.

6    Q    WELL, HOW LONG DID YOU WORK THERE?

7    A    I WORKED FROM MARCH UNTIL JULY OR AUGUST.

8    Q    OKAY.  SO IT WAS ALL IN ONE YEAR?

9    A    UH-HUH.

10   Q    CORRECT?  SO THAT WOULD HAVE BEEN THE YEAR THAT THEY

11   WERE SHUT DOWN.

12   A    YES.

13   Q    IS THAT RIGHT?

14   A    YES.

15   Q    SO YOU STARTED WORK THERE IN MARCH OF 2007.

16   A    UH-HUH.

17   Q    WHAT DID YOU DO FOR THEM, MS. BRACKETT?

18   A    I ANSWERED PHONES.

19   Q    YES, MA'AM.

20   A    AND I WAS THE PERSON WHO WOULD CALL THE INDIVIDUALS WHO

21   WERE IN THE PROGRAM WHEN IT WAS TIME FOR THEIR 30 DAY

22   PAY-OUT, I WOULD CALL AND I WOULD ASK THEM TO SEND THEIR

23   MORTGAGE INFORMATION SO THAT WE COULD GET THE CHECK TO THE

24   MORTGAGE COMPANY TO PAY OFF THEIR MORTGAGES OR THEIR CARS OR

25   WHATEVER THEY WERE IN THE PROGRAM FOR.

DAWN BRACKETT - DIRECT

7

1    Q    AND WHEN YOU WORKED THERE, WHERE WAS THE OFFICE LOCATED?

2    A    IT WAS OFF OF TWO NOTCH ROAD.

3    Q    OKAY.  AND WAS THE ACTUAL ADDRESS HORSESHOE DRIVE?

4    A    YES.

5    Q    OKAY.  AND HOW BIG OF A PLACE WAS IT?  HOW MANY STORIES

6    DID THIS BUILDING HAVE?

7    A    THERE WERE THREE.

8    Q    OKAY.  AND WHAT FLOOR WERE YOU ON?

9    A    FIRST FLOOR.

10   Q    OKAY.  AND WHO WAS ON THE FIRST FLOOR?  WHAT HAPPENED ON

11   THE FIRST FLOOR AND WHO WAS ON THE FIRST FLOOR?

12   A    THE FIRST FLOOR HAD THE RECEPTION AREA.  SO YOU COME IN

13   AND THERE WERE FOUR STATIONS.  MINE WAS ONE OF THEM, AND

14   THERE WERE THREE OTHERS.  THAT WAS IN THE MIDDLE.  AND THEN

15   ON THE PERIMETERS YOU WOULD HAVE -- THERE WERE TWO OFFICES ON

16   THE RIGHT AND TWO OFFICES ON THE LEFT.  AND THE THREE -- THE

17   THREE GENTLEMEN WERE ON THE FIRST FLOOR WITH US AS WELL AS

18   SAKIMA BEY.

19   Q    OKAY.  SO YOU SAID THAT Y'ALL WERE IN THE MIDDLE.

20   A    UH-HUH.

21   Q    AND ON THE PERIMETER THERE WERE FOUR OFFICES.

22   A    CORRECT.

23   Q    OKAY.  AND THE FOUR OFFICES WOULD BE FOR MR. POUGH, MR.

24   BRUNSON, MR. MCQUEEN AND SAKIMA BEY.

25   A    CORRECT.

1    Q    OKAY.  AND DO YOU SEE MR. BRUNSON, MR. POUGH AND MR.

2    MCQUEEN HERE TODAY?

3    A    YES.

4    Q    OKAY.  TELL US -- COULD YOU POINT THEM OUT TO US AND

5    TELL US...

6    A    THEY ARE HERE.

7    Q    OKAY.

8         MR. MOORE:  YOUR HONOR, I WOULD ASK THE RECORD

9    REFLECT SHE IDENTIFIED THE DEFENDANTS.

10        THE COURT:  SO REFLECTED.

11   BY MR. SMALL:

12   Q    AND WHAT DID MR. BEY DO IF YOU KNOW?

13   A    HE WAS THE ATTORNEY.

14   Q    OKAY.  AND WAS IT REPRESENTED TO YOU THAT HE WAS IN FACT

15   A LICENSED ATTORNEY?

16   A    I REALLY -- IT WASN'T ANYTHING WHERE THEY ACTUALLY SAID

17   THAT HE WAS THE LICENSED ATTORNEY.  I WAS JUST UNDER, YOU

18   KNOW, ASSUMED THAT THAT'S WHAT HE WAS.

19   Q    OKAY.  AND DID HE MEET WITH THEM FREQUENTLY?

20   A    HE WAS AT THE OFFICE MORE THAN THEY WERE, SO I CAN'T

21   REALLY TELL YOU HOW FREQUENT HE MET WITH THEM.  I'M SURE HE

22   DID, BUT I COULDN'T TELL YOU THE FREQUENCY OF IT.  THEY

23   DIDN'T REALLY MEET THAT OFTEN WHILE WE WERE IN THE BUILDING.

24   THEY DID MEET ON OCCASION.

25   Q    OKAY.  AND WHAT WAS ON THE SECOND FLOOR?

DAWN BRACKETT - DIRECT

9

```
 1    A    THE SECOND FLOOR THERE WAS A -- TRYING TO REMEMBER.

      THERE WAS A -- LIKE A BOARD ROOM KIND OF AND THERE WERE --

 3    THERE WAS A MORTGAGE AND A REAL ESTATE INDIVIDUAL THERE.

 4    Q    DO YOU REMEMBER THEIR NAMES?

 5    A    NO, I DON'T.

 6    Q    OKAY.

 7    A    I'M SORRY.

 8    Q    THAT'S OKAY.

 9    A    CURTIS, AND I DON'T REMEMBER HER NAME.  THERE WERE TWO

10    OF THEM.

11    Q    SO THERE WAS A GENTLEMEN NAMED CURTIS.

12    A    UH-HUH.

13    Q    AND THEN THERE WAS SOMEONE ELSE?

14    A    YES.

15    Q    WAS IT A MAN OR WOMAN?

16    A    A WOMAN.

17    Q    OKAY.  ALL RIGHT.

18    A    AND THERE WAS THE ACCOUNTANT.

19    Q    AND WAS THAT MR. JOHN BROWN?

20    A    YES.

21    Q    OKAY.  AND--

22    A    AND -- I'M SORRY.

23    Q    WHO ELSE?

24    A    THERE WAS DOLLY.

25    Q    IS THAT DOLLY BULL?
```

DAWN BRACKETT - DIRECT

1    A    UH-HUH.

2    Q    OKAY.

3    A    AND MR. HARRISON.

4    Q    OKAY.  AND WHO WAS MR. HARRISON OR WHAT DID HE DO?

5    A    I THINK HE DID SOMETHING AS WITH THE -- I DON'T KNOW

6    REALLY.

7    Q    THAT'S FINE.  WAS THERE ALSO A GENTLEMAN NAMED RODDY

8    EDGISTER HAD AN OFFICE UP THERE?

9    A    YES.

10   Q    DO YOU RECALL?

11   A    UH-HUH.

12   Q    AND WHAT SORT OF OFFICE DID HE HAVE?

13   A    HE HAD -- HIS OFFICE WAS THE FIRST ONE THAT YOU WOULD

14   SEE AS YOU CAME IN.  IT WAS JUST -- IT WAS JUST AN OFFICE.

15   IT WASN'T ANYTHING SPECIAL ABOUT IT.

16   Q    OKAY.  AND THEN WHAT WAS ON THE THIRD FLOOR?

17   A    THIRD FLOOR WAS PROCESSING AND I COULD NOT TELL YOU WHAT

18   GOES ON THERE.

19   Q    OKAY.  AND YOU SAID YOU COULD NOT TELL US WHAT WENT ON

20   THERE?

21   A    NO.

22   Q    WHY NOT?

23   A    WE WERE NOT ALLOWED TO GO TO THE THIRD FLOOR.

24   Q    OKAY.  WERE YOU TOLD WHY YOU WEREN'T ALLOWED TO GO TO

25   THE THIRD FLOOR?

1    A    WELL, NO, BUT THERE WERE -- FROM -- OKAY.  THE WOMEN ON

2    THE THIRD FLOOR DIDN'T LIKE THE WOMEN ON THE FIRST FLOOR VERY

3    MUCH.

4    Q    OKAY.

5    A    SO WE WERE JUST KIND OF KEPT APART SO THAT THERE WOULD

6    BE NO SITUATIONS.

7    Q    DO YOU KNOW WHO WAS RUNNING THE OPERATION ON THE THIRD

8    FLOOR?

9    A    I'M SORRY.  REPEAT.

10    Q    YOU KNOW WHO WAS RUNNING THE OPERATION ON THE THIRD

11    FLOOR?

12    A    LISA MCQUEEN.

13    Q    LISA MCQUEEN WAS RUNNING THAT OPERATION?

14    A    UH-HUH.

15    Q    AND WAS SHE MR. TIM MCQUEEN'S WIFE?

16    A    YES.

17    Q    OKAY.  AND DID HER DAUGHTER JASSMINE WRIGHT WORK THERE?

18    A    YES.

19    Q    WHERE DID JASSMINE WORK?

20    A    THIRD FLOOR.

21    Q    OKAY.  AND DID YOU KNOW A YOUNG LADY NAMED SHEILA

22    GIBSON?

23    A    YES.

24    Q    WHERE DID MS. GIBSON WORK?

25    A    THIRD FLOOR.

DAWN BRACKETT - DIRECT

12

1   Q    AND WHERE WERE ALL THE RECORDS KEPT?  DO YOU KNOW?

2   A    NO.

3   Q    OKAY.  DID YOU HAVE ANYTHING TO DO WITH THE RECORDS WHEN

4   YOU WORKED AT CCG?

5   A    NO.  THE ONLY TIME I EVER HAD ACCESS WAS IF ONE OF THE

6   DEPOSITORS WAS DUE FOR A 30 DAY PAY-OUT, I WOULD -- THAT

7   INFORMATION WOULD BE BROUGHT DOWN TO ME AND I JUST, YOU KNOW,

8   I GET THE TELEPHONE NUMBER, THE NAME OF THE INDIVIDUAL, AND

9   THE TYPE OF ACCOUNT IT WAS, AND I WOULD CALL.  SO I DIDN'T

10  REALLY HAVE ACCESS TO, YOU KNOW, ANY ACTUAL FILES.

11  Q    OKAY.  NOW, MS. SOMARA SAMUELS HAD ALREADY LEFT THE

12  OPERATION BY THE TIME YOU CAME; IS THAT CORRECT?

13  A    YES.

14  Q    ALL RIGHT.  AND WHO WERE THE OTHER PEOPLE WHO WORKED ON

15  YOUR FLOOR?  WHO WERE THE OTHER YOUNG LADIES WHO WORKED WITH

16  YOU?

17  A    FIRST FLOOR THERE WAS DORIS.  I CAN'T REMEMBER HER LAST

18  NAME.

19  Q    WOULD THAT BE DORIS DRAKE?

20  A    YES.

21  Q    OKAY.

22  A    JAQUITA MIDDLETON.

23  Q    OKAY.

24  A    THINK THAT WAS HER LAST NAME.

25  Q    OKAY.

DAWN BRACKETT - DIRECT

13

1    A    KENDRA BEST.

2    Q    OKAY.  AND IS KENDRA, WAS SHE TONY POUGH'S SISTER IF YOU

3    KNOW?

4    A    YES.

5    Q    OKAY.  NOW DID -- AND HOW LONG DID YOU WORK -- YOU SAID

6    YOU WORKED THERE FROM MARCH AND YOU LEFT WHEN?

7    A    AUGUST AFTER THEY -- THE CONFERENCE.

8    Q    OKAY.  NOW, HOW MUCH WERE YOU PAID TO WORK THERE?

9    A    I WAS PAID TWICE A MONTH -- YEAH, TWICE A MONTH, AND I

10   WAS PAID $500 PER PAY PERIOD.

11   Q    OKAY.  AND HOW DID YOU RECEIVE THAT PAYMENT?

12   A    IN CASH.

13   Q    IN CASH?

14   A    UH-HUH.

15   Q    DID YOU--

16   A    WELL, FOR THE FIRST COUPLE, BUT THEN THEY WOULD PAY

17   ME -- THEY PAID US IN CHECKS AFTER THAT.

18   Q    SO THEY STARTED PAYING YOU IN CASH AND THEN SOME POINT

19   THEY BEGAN TO PAY YOU IN CHECKS.

20   A    YEAH, UH-HUH.

21   Q    DID ANYONE SAY ANYTHING TO YOU ABOUT WHETHER YOU WOULD

22   RECEIVE SOME SORT OF 1099 OR W-2 AT THE END OF THE YEAR?

23   A    WHAT THEY SAID WAS THAT EACH INDIVIDUAL COULD FILL OUT A

24   1099 BUT THE -- THE ACTUAL COMPANY IS A -- WAS A MINISTRY.

25   Q    OKAY.  SO YOU WERE TOLD THAT DESPITE THE FACT THAT YOU

DAWN BRACKETT - DIRECT

14

1    WERE WORKING AND EARNING A SALARY, THEY WEREN'T GOING TO GIVE

2    YOU ANY DOCUMENTS THAT REFLECTED WHAT THEY GAVE YOU?

3    A    OTHER THAN THE ACTUAL CHECK.

4    Q    OTHER THAN THE CHECKS.  THEY TOLD YOU IT WAS YOUR

5    RESPONSIBILITY IF YOU CHOSE TO FILE SOMETHING.

6    A    UH-HUH.

7    Q    NOW, AT SOME POINT DID YOU GET CALLED UPON TO GO

8    PARTICIPATE IN A PROJECT IN ATLANTA?

9    A    YES.

10   Q    OKAY.  DO YOU REMEMBER THAT PRETTY WELL?

11   A    YES.

12   Q    OKAY.  AND THERE'S A REASON WHY YOU REMEMBER IT WELL; IS

13   THERE NOT?

14   A    YES.

15   Q    OKAY.  TELL THE LADIES AND GENTLEMEN OF THE JURY ABOUT

16   IT.  TELL US, TELL THEM WHAT YOU WERE GOING TO DO AND THEN

17   WHAT YOU ENDED UP DOING.

18   A    WELL, I WAS ON MY WAY TO THE BEACH TO GO TO A CONCERT.

19   Q    OKAY.  AND WAS THIS A CONCERT THAT YOU PARTICULARLY

20   WANTED TO ATTEND?

21   A    YES, IT WAS COMMON.

22   Q    OKAY.  AND IS THAT ONE OF YOUR FAVORITE ARTISTS?

23   A    I HAVE NO IDEA WHAT HE SINGS, BUT HE'S VERY NICE TO LOOK

24   AT, SO YEAH.

25   Q    AND DO YOU REMEMBER WHEN THAT CONCERT WAS?

DAWN BRACKETT - DIRECT

```
1    A    IT WAS THE END OF JULY OF THAT YEAR.

2    Q    AND SO WERE YOU GOING WITH SOME FRIENDS TO THIS CONCERT?

3    A    YES.

4    Q    OKAY.  AND TELL US WHAT HAPPENED.

5    A    WELL, I RECEIVED A CALL AND I WAS TOLD THAT WE WERE --

6    THAT I WAS NEEDED TO HELP OUT.

7    Q    WHO CALLED YOU?

8    A    INITIALLY KENDRA CALLED.  BUT I MET WITH THE MEN AND I

9    WAS TOLD--

10   Q    AND SO WHEN YOU SAY YOU MET WITH THE MEN, WHO DID YOU

11   MEET WITH?

12   A    THE THREE HEBREWS, TONY, TIM, AND -- WELL, I THINK IT

13   MIGHT HAVE JUST BEEN TONY AND TIM.

14   Q    TONY AND TIM.

15   A    UH-HUH.

16   Q    AND WHERE DID YOU MEET WITH THEM?

17   A    AT SANDHILL.

18   Q    AT WHERE?

19   A    AT SANDHILL MALL.

20   Q    OKAY.  DID SOMEONE TELL YOU THAT THEY NEEDED YOU TO MEET

21   WITH THEM AT THE SANDHILL MALL?

22   A    I DON'T REMEMBER EXACTLY HOW, YOU KNOW, THAT, YOU KNOW,

23   IT BEGAN, BUT I RECEIVED A CALL AND I WAS TOLD TO, YOU KNOW,

24   MEET THEM THERE.

25   Q    OKAY.  AND SO DID YOU MEET THEM IN ANY PARTICULAR PLACE
```

DAWN BRACKETT - DIRECT

16

1    AT THE MALL?  I KNOW IT'S -- IT'S AN OUTDOOR MALL.

2    A    AT ARIZONA'S, THEY -- THEY -- THAT WAS I THINK ONE OF

3    THE FAVORITE PLACES, SO...

4    Q    THAT'S LIKE -- THAT'S A STEAKHOUSE; RIGHT?

5    A    YEAH, UH-HUH.

6    Q    ALL RIGHT.  AND TELL US WHAT HAPPENED.

7    A    WELL, THEY ASKED ME TO GO DOWN TO ATLANTA TO HELP OUT

8    THE YOUNG LADIES WHO WORK ON THE THIRD FLOOR.  WHAT THEY WERE

9    DOING -- THIS WAS JUST BEFORE THEY -- WELL, RIGHT AS THEY

10   WERE FILING FOR BANKRUPTCY.  AND WHAT THEY SAID WAS THAT THEY

11   NEEDED SOME EXTRA HANDS TO HELP, YOU KNOW, DECIDE WHO NEEDS

12   TO BE PAID, HOW MUCH THEY PAID INTO THE COMPANY AND SO THAT

13   THEY CAN, YOU KNOW, GET THE -- GET THE PEOPLE THEIR MONEY

14   BACK.

15   Q    OKAY.  DID THEY TELL YOU WHY THIS WOULD REQUIRE YOU

16   TRAVELING ALL THE WAY FROM COLUMBIA TO ATLANTA?

17   A    NO.

18   Q    DID THEY TELL YOU WHY YOU SIMPLY COULDN'T GO TO THE

19   OFFICES OF THE CAPITAL CONSORTIUM GROUP HERE IN COLUMBIA AND

20   DO IT THERE?

21   A    WELL, I BELIEVE AT THAT TIME THE OFFICE MIGHT HAVE BEEN

22   CLOSED.

23   Q    OKAY.

24   A    I'M NOT -- I DON'T REMEMBER THE ACTUAL TIMEFRAME OF WHEN

25   THE OFFICE WAS CLOSED, BUT JUST, YOU KNOW, KIND OF THINKING

DAWN BRACKETT - DIRECT

17

1    BACK, IT MIGHT HAVE BEEN CLOSED AT THAT TIME.  I'M NOT SURE

2    WHY.  BUT WE WERE TOLD, OR I WAS TOLD RATHER, THAT WE WERE

3    GOING TO GO DOWN AND HELP WITH THE -- THE ACCOUNTING.

4    Q    AND WAS THIS IN THE EVENING, IN THE AFTERNOON?  DO YOU

5    REMEMBER WHEN?

6    A    IT WAS IN THE AFTERNOON, EARLY AFTERNOON.

7    Q    OKAY.  AND SO WHAT IF ANYTHING DID YOU DO, MS. BRACKETT?

8    A    I WENT TO ATLANTA.

9    Q    OKAY.  HOW DID YOU GET TO ATLANTA?

10   A    WE RENTED A CAR.

11   Q    OKAY.  AND WHO PAID FOR THE CAR RENTAL?

12   A    THEY PAID FOR THE CAR RENTAL.  IT WAS ON MY CREDIT CARD

13   BUT THEY PAID FOR THE CAR RENTAL.

14   Q    SO YOU RENTED THE CAR ON YOUR CREDIT CARD.

15   A    UH-HUH.

16   Q    AND YOU WERE REIMBURSED FOR THAT; IS THAT RIGHT?

17   A    NO, THEY GAVE ME THE MONEY AT THE TIME.

18   Q    OKAY.  SO THEY HANDED YOU THE MONEY AND THEN YOU CHARGED

19   IT ON YOUR CREDIT CARD.

20   A    RIGHT BECAUSE, YOU KNOW, YOU NEED A CREDIT CARD IN ORDER

21   TO RENT A CAR, SO...

22   Q    OKAY.  WHY DID YOU RENT A CAR?  WHY DIDN'T SOME -- WAS

23   THERE A REASON WHY YOU NEEDED TO RENT THE CAR?

24   A    NO.  I DIDN'T WANT TO PUT ANY MILES ON MY CAR.

25   Q    OKAY.  I UNDERSTAND THAT.

DAWN BRACKETT - DIRECT

18

```
1    A    NO REASON.  THEY, YOU KNOW -- THEY JUST, YOU KNOW, GAVE

2    ME THE MONEY FOR IT AND I WENT AND RENTED IT.

3    Q    OKAY.  AND WHO WENT WITH YOU?

4    A    IT WAS KENDRA -- THE THREE GIRLS, OTHER GIRLS WHO WORKED

5    WITH ME.

6    Q    THAT WOULD HAVE BEEN KENDRA, DORIS AND WHO ELSE?

7    A    AND JAQUITA.

8    Q    OKAY.  ALL RIGHT.  AND WHERE DID Y'ALL GO IN ATLANTA?

9    A    TO A HOTEL.

10   Q    OKAY.  NOW, DID YOU FIND IT ODD THAT YOU WERE GOING TO A

11   HOTEL TO DO SOMETHING WITH THEIR DOCUMENTS?

12   A    WELL, WHEN WE GOT THERE WE DIDN'T KNOW THAT -- THAT

13   THAT'S WHERE THEY WERE SETTING UP SHOP UNTIL WE ACTUALLY GOT

14   THERE.

15   Q    AND SO HOW DID YOU FIND OUT WHERE TO GO?

16   A    THEY -- WHEN WE GOT TO ATLANTA, WE -- I DON'T REALLY

17   REMEMBER, BUT WHEN WE GOT TO -- WHEN WE GOT TO ATLANTA, WE

18   RECEIVED A CALL OR WE -- FROM ONE OF THE PEOPLE WHO WAS THERE

19   TO GIVE US DIRECTIONS TO THE PLACE.

20   Q    OKAY.  AND WHERE DID YOU GO?

21   A    TO A HOTEL.  I DON'T REMEMBER WHICH ONE.

22   Q    OKAY.  ALL RIGHT.  AND WHAT DID YOU DO THERE?

23   A    WE TOOK THE FILES THAT WE HAD.  WE LOOKED UP ALL OF THE

24   NAMES OF THE PEOPLE WHO WERE OWED MONEY, WHO THEY WERE, THEIR

25   ADDRESS, WHAT TYPE OF PROGRAM THEY WERE IN, AND HOW MUCH
```

DAWN BRACKETT - DIRECT

19

1    MONEY THEY WERE OWED.

2    Q    OKAY.  AND WERE YOU MAKING SOMETHING -- WHO WAS

3    SUPERVISING THIS PROJECT IF YOU RECALL?

4    A    I'M NOT SURE.  IT WAS -- IT WAS EITHER SHEILA OR

5    JASSMINE.  THERE WAS -- FROM WHAT I CAN REMEMBER THERE WAS

6    SOME TYPE OF -- HOW SHOULD I PUT THIS -- DISAGREEMENT AS TO

7    WHO WAS ACTUALLY IN CHARGE, SO I DON'T KNOW WHO WAS IN

8    CHARGE.

9    Q    OKAY.  DID YOU UNDERSTAND THAT SHEILA WAS A FRIEND OF

10   LISA MCQUEEN'S OR A FRIEND OF LISA'S SISTER?

11   A    YES.

12   Q    OKAY.  AND JASSMINE WAS RELATED TO THE MCQUEENS HOW?  DO

13   YOU KNOW?

14   A    JASSMINE IS LISA'S DAUGHTER.

15   Q    OKAY.  ALL RIGHT.  WAS LISA MCQUEEN THERE?

16   A    NO.

17   Q    WERE ANY OF THE THREE HEBREW BOYS THERE?

18   A    NO.

19   Q    DO YOU KNOW A MAN NAMED ERNEST HESTER?

20   A    YES.

21   Q    OKAY.  WAS MR. HESTER THERE IF YOU RECALL?

22   A    YES.

23   Q    OKAY.  AND DO YOU KNOW IF MR. HESTER IS ALSO RELATED TO

24   MR. POUGH?

25   A    I BELIEVE SO.

1    Q    AND WHAT WAS MR. HESTER DOING IF YOU RECALL?

2    A    THE SAME THING WE WERE DOING, CHECKING OUT THE NAMES,

3    HOW MUCH THEY WERE OWED.

4    Q    OKAY.  AND WERE YOU WRITING THIS ON SOME SORT OF PIECE

5    OF PAPER OR WHAT?

6    A    UH-HUH, YES.  WE HAD LIKE A LOG.

7    Q    OKAY.  WHAT TIME DID YOU GET TO ATLANTA?

8    A    IT WAS REALLY LATE.  IT'S BY THE TIME, YOU KNOW, WE GOT

9    EVERYTHING TOGETHER TO ACTUALLY GO, IT WAS, YOU KNOW, IT WAS

10   IN THE AFTERNOON, SO WE DIDN'T REALLY GET THERE, YOU KNOW,

11   UNTIL PROBABLY -- IT WAS JUST BEFORE DARK, SO YOU KNOW,

12   SUMMERTIME, SO PROBABLY ABOUT 9:00.

13   Q    OKAY.  ALL RIGHT.  AND HOW LONG DID YOU WORK THAT

14   EVENING?

15   A    WELL, WE GOT THERE AND THEN WE WENT TO GRAB SOMETHING TO

16   EAT.  AND WHEN WE CAME BACK IT WAS PROBABLY ABOUT 11, SO WE

17   ONLY WORKED A COUPLE OF HOURS.  PROBABLY, YOU KNOW, FROM 11

18   UNTIL I DON'T KNOW, 1:30 OR SO.

19   Q    OKAY.  AND WERE YOU DOING THIS IN A CONFERENCE ROOM THAT

20   WAS RENTED OR WHERE WERE YOU DOING THIS?

21   A    NO, IT WAS IN A ROOM, HOTEL ROOM.

22   Q    AND HOW MANY HOTEL ROOMS WERE RENTED FOR THIS PROJECT IF

23   YOU KNOW?

24   A    I DON'T KNOW.  I KNOW WE HAD ONE, THE GIRLS WHO

25   STAYED -- WHO WORK IN -- WORKED ON THE FIRST FLOOR HAD A

DAWN BRACKETT - DIRECT

1  ROOM.  THE YOUNG LADIES FROM THIRD FLOOR HAD A ROOM.  AND

2  ROGER HAD A ROOM.

3  Q    WHO HAD A ROOM?

4  A    ROGER.

5  Q    WHO IS ROGER?

6  A    TOMAS.

7  Q    IS THAT -- DOES HE ALSO GO BY THE NAME TOMAS AL?

8  A    UH-HUH.

9  Q    AND WHAT DID HE DO FOR THE THREE HEBREW BOYS IF YOU

10 RECALL?

11 A    I THINK IT WAS JUST MAINTENANCE.

12 Q    OKAY.  DID YOU ACTUALLY SPEND THE NIGHT IN THE ROOM THAT

13 YOU DID THIS WORK IN?

14 A    NO.

15 Q    OKAY.  WHERE DID YOU SPEND THE NIGHT?

16 A    IN ANOTHER ROOM.

17 Q    OKAY.  AND DID YOU HAVE TO RENT THAT ROOM OR DID SOMEONE

18 PAY FOR THAT ROOM TO BE RENTED?

19 A    NO, IT WAS ALREADY AVAILABLE FOR US.

20 Q    NOW, WERE YOU AWARE THAT MR. BRUNSON, MR. POUGH AND MR.

21 MCQUEEN OWNED SOME CONDOS IN BUCKHEAD?

22 A    I WAS NOT.

23 Q    OKAY.  AND YOU DID NOT DO THIS AT A CONDO IN BUCKHEAD?

24 A    NO.

25 Q    DO YOU KNOW HOW THE RECORD -- WERE THE RECORDS, THREE

1    HEBREW BOYS RECORDS AND CAPITAL CONSORTIUM GROUP RECORDS?

2    A    YES, THEY WERE.

3    Q    AND HOW -- WERE THEY IN BOXES IN A PARTICULAR PLACE?

4    HOW DID YOU KNOW WHAT TO TAKE WHERE?  DO YOU REMEMBER THAT?

5    A    THEY WERE -- THEY WERE IN BOXES.

6    Q    OKAY.  AND WHO GAVE YOU INSTRUCTIONS ABOUT WHAT YOU WERE

7    SUPPOSED TO DO?

8    A    SHEILA DID.

9    Q    OKAY.  AND DO YOU KNOW HOW PHYSICALLY THOSE BOXES GOT

10   FROM COLUMBIA TO ATLANTA?

11   A    HAVE NO IDEA.

12   Q    AND DO YOU KNOW WHAT HAPPENED TO THOSE BOXES OF RECORDS

13   AFTER YOU LEFT ATLANTA?

14   A    I DO NOT.

15   Q    DID YOU WORK ON THIS PROJECT THE NEXT DAY?

16   A    NO.  THE YOUNG LADIES WHO CAME WITH ME, WE LEFT EARLY.

17   THREE -- THERE WERE THREE OF US WHO HAVE CHILDREN, SO WE HAD

18   TO GET BACK IN TIME TO, YOU KNOW, DO THAT.

19   Q    OKAY.  I TAKE IT YOU HAD TO LEAVE YOUR CHILD WITH

20   SOMEONE ELSE?

21   A    YES.

22   Q    ALL RIGHT.  NOW, DID YOU INVEST IN ANY OF THEIR

23   PROGRAMS, MS. BRACKETT?

24   A    NO, I DID NOT.

25   Q    OKAY.  DID YOUR PARENTS INVEST IN ANY OF THEIR PROGRAMS?

1    A     NO.

2    Q     OKAY.  IS THERE A REASON WHY?  DID YOU TALK TO YOUR

3    PARENTS ABOUT THEIR PROGRAMS?

4    A     BRIEFLY.  I DIDN'T REALLY GO INTO MUCH DETAIL ABOUT IT.

5    Q     OKAY.  WAS YOUR MOTHER AT ALL INTERESTED?

6    A     NOT REALLY.  MY MOTHER USED TO WORK IN INVESTMENTS AND

7    SHE'S VERY CONSERVATIVE, SO SHE DID, YOU KNOW, SHE'S NOT

8    REALLY -- KIND OF HAVE TO HAVE A LONG -- YOU HAVE TO HAVE

9    LONGEVITY IN ORDER FOR HER TO ACTUALLY WANT TO INVEST IN YOUR

10   PRODUCT.

11   Q     OKAY.  BEG A MOMENT, MS. BRACKETT.  THANK YOU,

12   MS. BRACKETT.  PLEASE ANSWER ANY QUESTIONS DEFENSE COUNSEL

13   MAY HAVE.

14                     CROSS-EXAMINATION

15   BY MR. LANG:

16   Q     MS. BRACKETT, GOOD AFTERNOON OR GOOD MORNING I GUESS.

17   MY NAME IS LOUIS LANG.  I REPRESENT TIM MCQUEEN.  LET ME ASK

18   YOU SOME QUESTIONS.  AND I SUPPOSE LET ME START WHERE

19   GOVERNMENT COUNSEL LEFT OFF.  YOU DIDN'T INVEST IN ANY OF THE

20   PROGRAMS OF CCG; IS THAT CORRECT?

21   A     THAT'S CORRECT.

22   Q     AND I THINK YOU TESTIFIED THAT YOU DISCUSSED SOME OF

23   THESE PROGRAMS BRIEFLY WITH YOUR MOTHER?

24   A     UH-HUH.

25   Q     AND YOU DESCRIBED YOUR MOTHER AS VERY CONSERVATIVE; IS

DAWN BRACKETT - CROSS

24

```
 1   THAT CORRECT?

 2   A    YES.

 3   Q    AND SO SHE WASN'T INTERESTED IN THE PROGRAMS AS YOU

 4   DESCRIBED THEM TO HER; CORRECT?

 5   A    CORRECT.

 6   Q    AND I TAKE IT AT SOME POINT IN TIME YOU ATTENDED A

 7   PRESENTATION BY THE THREE HEBREW BOYS --

 8   A    YES.

 9   Q    -- OR CCG?  AND WAS THAT AROUND APRIL OR MARCH OF 2007?

10   A    YES.

11   Q    AND WAS THAT IN FAYETTEVILLE, NORTH CAROLINA?

12   A    YES.

13   Q    AND WERE -- WAS TIM MCQUEEN THERE OR TONY POUGH THERE OR

14   ANY ONE OF THOSE FOLKS THERE?

15   A    YES.

16   Q    AND DID THEY DESCRIBE TO YOU GENERALLY WHAT THE PROGRAMS

17   WERE ABOUT AND SPECIFIC -- WELL, DID THEY DESCRIBE TO YOU

18   GENERALLY ABOUT WHAT THE PROGRAMS WERE?

19   A    YES.

20   Q    AND DID THEY DESCRIBE TO YOU ABOUT THE -- SOME OF THE

21   PROGRAMS, MANY OF THEM HAD TO DO WITH DEBT RELIEF; IS THAT

22   CORRECT?

23   A    YES.

24   Q    AND THERE WAS ONE LONG-TERM PROGRAM THAT PAID RESIDUALS

25   TO PEOPLE OVER THEIR LIFETIME; CORRECT?
```

DAWN BRACKETT - CROSS

25

1    A    YES.

2    Q    AND DID THEY DESCRIBE TO YOU HOW THEY INVESTED THE FUNDS

3    THAT WERE GOING TO BE DEPOSITED?

4    A    YES.

5    Q    ALL RIGHT.  AND DID THEY TELL YOU THAT SOME OF THOSE

6    FUNDS WERE GOING INTO THE -- I GUESS THE FOREIGN EXCHANGE

7    MARKET?

8    A    THAT'S CORRECT.

9    Q    AND DID THEY ALSO TELL YOU THAT THEY HAD OTHER

10   BUSINESSES OR ENTERPRISES IN WHICH THEY INVESTED THESE FUNDS?

11   A    YES.

12   Q    AND DID SOME OF THOSE OR ONE OF THOSE OTHER ENTERPRISES

13   INVOLVE DANIEL DEVELOPMENT GROUP?

14   A    YES.

15   Q    AND DID THEY DESCRIBE TO YOU THAT DANIEL DEVELOPMENT

16   GROUP WAS IN THE BUSINESS OF DEVELOPING REAL ESTATE?

17   A    YES.

18   Q    SO THAT WAS ONE OF THE OTHER ENTERPRISES THAT THEY

19   TALKED ABOUT AT THIS PRESENTATION; IS THAT CORRECT?

20   A    YES.

21   Q    AND WAS TIM MCQUEEN THERE?

22   A    YES.

23   Q    AND WAS TONY POUGH THERE?

24   A    YES.

25   Q    AND WHO TALKED ABOUT -- EITHER OF THEM IF YOU RECALL --

DAWN BRACKETT - CROSS

1    THE OTHER ENTERPRISES THAT THEY ENGAGED IN, AND BY THAT I

2    MEAN THE THREE HEBREW BOYS AND CCG, BOTH OF THEM OR ONE OR

3    THE OTHER?

4    A    BOTH OF THEM.

5    Q    OKAY.  AND I THINK THERE WERE A NUMBER OF PEOPLE AT THIS

6    PRESENTATION; CORRECT?

7    A    YES.

8    Q    I MEAN A LOT OF PEOPLE; CORRECT?

9    A    YES.

10   Q    AND IN FACT, THERE WAS AN OVERFLOW OF CROWD AT THIS

11   PRESENTATION; CORRECT?

12   A    YES.

13   Q    AND IN FACT, THERE WERE SO MANY PEOPLE, THEY COULDN'T

14   FIT THEM IN THE DOORS; IS THAT RIGHT?

15   A    YES.

16   Q    AND WHY DID YOU GO TO THESE PRESENTATIONS?

17   A    WELL, AT THAT TIME I HAD ONLY BEEN WITH THE COMPANY FOR

18   A SHORT PERIOD OF TIME.  AND I HAD NEVER BEEN TO A

19   PRESENTATION AND I WANTED TO -- TO, YOU KNOW, TO GO AND ALSO

20   IT WAS ALL OF THE OTHER EMPLOYEES WERE ASKED TO GO AS WELL,

21   SO...

22   Q    AND I TAKE IT ULTIMATELY YOU DECIDED NOT TO DEPOSIT ANY

23   FUNDS IN THESE PROGRAM; CORRECT?

24   A    WELL, I DIDN'T HAVE FUNDS TO DEPOSIT.

25   Q    ALL RIGHT.  ALL RIGHT.  LET ME ASK YOU A FEW QUESTIONS

DAWN BRACKETT - CROSS

1    ABOUT THE TRIP TO ATLANTA.  GOVERNMENT COUNSEL SPENT A LOT OF

2    TIME DOING THAT.  YOU MET WITH I THINK YOU DESCRIBED TIM AND

3    TONY AT ARIZONA'S?

4    A    YES.

5    Q    AND THEY ASKED YOU TO GO TO ATLANTA; CORRECT?

6    A    UH-HUH.

7    Q    AND THE PURPOSE OF GOING TO ATLANTA WAS JUST BEFORE THE

8    BANKRUPTCY FILING FOR CCG; IS THAT RIGHT?

9    A    YES.

10    Q    AND I THINK YOU SAID THAT THEY WANTED YOU TO ASSIST IN

11    IDENTIFYING THE PEOPLE TO WHOM THEY OWED MONEY; CORRECT?

12    A    YES.

13    Q    SO THEY COULD PAY THAT MONEY BACK; CORRECT?

14    A    YES.

15    Q    AND WHO SAID THAT, WAS IT TIM OR TONY OR BOTH OF THEM?

16    A    I DON'T REMEMBER.

17    Q    OKAY.  BUT THAT WAS THE DISCUSSION ABOUT THE PURPOSE OF

18    GOING TO ATLANTA; CORRECT?

19    A    YES.

20    Q    NOW, LET ME TALK A LITTLE BIT ABOUT -- AND IN ATLANTA --

21    I MEAN, WHEN YOU WORKED THAT LATE NIGHT AND EARLY MORNING,

22    YOU WERE PICKING OUT NAMES OF DEPOSITORS IN THE PROGRAM;

23    CORRECT?

24    A    CORRECT.

25    Q    AND MATCHING UP THOSE NAMES WITH AMOUNTS DEPOSITED;

DAWN BRACKETT - CROSS

1    CORRECT?

2    A    YES.

3    Q    AND FOR YOUR UNDERSTANDING ALL FOR THE PURPOSE OF

4    IDENTIFYING THOSE PEOPLE TO GET THEM THEIR DEPOSITED MONEY

5    BACK; CORRECT?

6    A    CORRECT.

7    Q    ALL RIGHT.  NOW, THE HORSESHOE DRIVE OFFICE WAS THE

8    THREE STORY OFFICE?

9    A    YES.

10   Q    AND I TAKE IT THE SECOND STORY HAD PEOPLE WHO WERE NOT

11   ASSOCIATED WITH CCG OR WEREN'T CCG EMPLOYEES OR COMPANIES BUT

12   THEY WERE OTHER COMPANIES AND OTHER FOLKS?

13   A    FROM WHAT I UNDERSTAND, THE REAL ESTATE INDIVIDUALS WERE

14   NOT A PART OF CCG.

15   Q    OKAY.

16   A    I DON'T KNOW IF THERE IS ANYONE ELSE WHO WAS THERE WHO

17   WASN'T A PART, BUT I -- I DO REMEMBER DISCUSSING THAT THEY

18   WERE JUST, YOU KNOW, IN THE BUILDING BUT THEY WEREN'T REALLY

19   A PART OF CCG.

20   Q    ALL RIGHT.  AND SO AT LEAST THE -- I THINK YOU DESCRIBED

21   THEM AS THE MORTGAGE -- I'M SORRY -- REAL ESTATE MORTGAGE

22   PERSON OR PERSONS?

23   A    YES.

24   Q    THAT WAS ONE ENTITY I TAKE IT OR ONE OFFICE?

25   A    THEY HAD TWO SEPARATE OFFICES.

DAWN BRACKETT - CROSS

1    Q      OKAY.

2    A      I THINK.

3    Q      ALL RIGHT.

4    A      YEAH.

5    Q      WERE YOU UNDERSTANDING THAT BOTH OF THEM WERE NOT

6    ASSOCIATED WITH CCG?

7    A      THAT'S CORRECT.

8    Q      AND YOU ALSO DESCRIBED A GENTLEMAN NAMED RODDY EDGISTER

9    WHO HAD AN OFFICE ON THE FIRST FLOOR?

10   A      YES.

11   Q      AND CORRECT ME IF I'M WRONG, BUT DIDN'T HE HAVE HIS OWN

12   CONSTRUCTION COMPANY OR DID YOU KNOW THAT?

13   A      I KNOW THAT HE WAS IN CONSTRUCTION IN NORTH CAROLINA.

14   BUT I DON'T REALLY -- I CAN'T REALLY REMEMBER WHETHER OR NOT,

15   YOU KNOW, WHAT HIS ROLE WAS OTHER THAN MAINTAINING THE

16   OFFICE.

17   Q      AND YOU MENTIONED THAT YOU MET THE GENTLEMAN NAMED

18   SAKIMA BEY?

19   A      YES.

20   Q      AND I -- FROM YOUR DIRECT TESTIMONY I TAKE IT THAT IT

21   WAS NEVER REPRESENTED TO YOU THAT HE WAS A LICENSED ATTORNEY;

22   IS THAT RIGHT?

23   A      I DON'T REMEMBER WHETHER OR NOT HE WAS REPRESENTED AS A

24   LICENSED ATTORNEY.

25   Q      HE MAY BE OR MAY BE NOT.  YOU JUST DON'T RECALL?

DAWN BRACKETT - CROSS

1    A    I DO NOT RECALL.

2    Q    BUT YOU DON'T RECALL HIM MEETING WITH TIM OR TONY ON A

3    REGULAR BASIS; IS THAT CORRECT?

4    A    NOT REGULAR. HE DID MEET WITH THEM, BUT I DON'T

5    REMEMBER -- I DON'T THINK IT WAS ON A REGULAR BASIS.

6    Q    OKAY.

7    A    IF SO, IT WASN'T IN THE OFFICE.

8    Q    ALL RIGHT. HOW MANY PEOPLE WORKED ON THE FIRST FLOOR

9    FOR CCG?

10   A    NOT INCLUDING THE...

11   Q    NOT INCLUDING TIM, TONY, AND JOE.

12   A    FIRST FLOOR -- DO YOU WANT THE WHOLE BUSINESS OR JUST...

13   Q    JUST THE FOLKS. JUST GIVE ME AN IDEA OF HOW MANY PEOPLE

14   WORKED THERE FOR CCG OTHER THAN TIM, TONY, AND JOE.

15   A    THERE WERE THE FOUR OF US DOWNSTAIRS PLUS SAKIMA, SO

16   THAT'S FIVE. NINE INCLUDING FOUR ON THE FIRST -- ON THE

17   SECOND FLOOR, AND I DON'T -- I DON'T RECALL HOW MANY PEOPLE

18   WERE ON THE THIRD FLOOR, BUT LET'S SEE. PROBABLY ABOUT 15.

19   Q    SO ABOUT -- INCLUDING YOURSELF.

20   A    UH-HUH.

21   Q    AND NOT INCLUDING TIM, TONY, AND JOE THERE WERE ABOUT 15

22   PEOPLE ALTOLD THAT YOU KNOW THAT WORKED FOR CCG.

23   A    YES.

24   Q    AND THAT WAS DURING THE PERIOD OF TIME THAT YOU WORKED

25   FOR CCG?

DAWN BRACKETT - REDIRECT

1    A    YES.

2    Q    ALL RIGHT.  AND I TAKE IT -- AND YOU WERE VERY KIND HOW

3    YOU PUT THIS.  THE FOLKS ON THE FIRST FLOOR DIDN'T MUCH GET

4    ALONG WITH THE PEOPLE ON THE THIRD FLOOR; IS THAT --

5    A    THAT'S CORRECT.

6    Q    -- BASICALLY.  AND THAT'S WHY Y'ALL DIDN'T GO UP TO THE

7    THIRD FLOOR VERY OFTEN.

8    A    YES.

9         MR. LANG:  BEGGING THE COURT'S INDULGENCE FOR A

10   MOMENT.  THANK YOU.  I HAVE NO FURTHER QUESTIONS.

11        MR. DUNCAN:  I DON'T HAVE ANY QUESTIONS.

12        MR. SMALL:  NO QUESTIONS.

13        THE COURT:  ANY REDIRECT?

14        MR. MOORE:  BRIEFLY, YOUR HONOR.

15                   REDIRECT EXAMINATION

16   BY MR. MOORE:

17   Q    MS. BRACKETT.

18   A    YES.

19   Q    YOU SAID THAT THIS SEMINAR THAT YOU ATTENDED IN

20   FAYETTEVILLE WAS IN WHEN, HOW -- WAS IT IN APRIL OR MAY?

21   A    IT WAS IN -- IT WAS IN APRIL OR MAY.  I'M NOT SURE WHEN.

22   Q    OKAY.  AND DO YOU KNOW IF THAT WAS SHORTLY BEFORE THEY

23   WERE ISSUED A CEASE AND DESIST ORDER?

24   A    YES, IT WAS.

25   Q    NOW, YOU HAD NOT BEEN TO THEIR OTHER PRESENTATIONS

DAWN BRACKETT - REDIRECT

32

1    PRIOR.

2    A    NO.

3    Q    AND YOU CAN'T TELL US WHAT WAS REPRESENTED TO THOSE

4    PEOPLE WHO ATTENDED THOSE PRESENTATIONS?

5    A    NO, I CANNOT.

6    Q    YOU SAID THAT TIM AND TONY BOTH SPOKE.

7    A    YES.

8    Q    OKAY.  AND WAS THIS -- DID THEY USE A POWERPOINT

9    PRESENTATION IF YOU RECALL?

10   A    YES.

11   Q    OKAY.  AND I HATE TO DO THIS TO THE JURY.  BUT IF YOU

12   COULD PULL UP GOVERNMENT'S EXHIBIT 36.  IF WE COULD GO TO THE

13   NEXT SLIDE.  IS THIS THE POWERPOINT PRESENTATION?

14   A    YES.

15   Q    OKAY.  AND DID YOU RECALL SEEING ANYTHING IN THE

16   POWERPOINT PRESENTATION ABOUT THESE OTHER BUSINESSES LIKE THE

17   DOLLAR EMPORIUM AND THINGS OF THAT NATURE?

18   A    THERE'S A SLIDE IT MIGHT BE MIDWAY.  IT DOESN'T ACTUALLY

19   SAY, YOU KNOW, EXACTLY WHAT THE INVESTMENTS ARE, BUT THERE IS

20   A SLIDE THAT I BELIEVE -- IF I RECALL CORRECTLY.

21   Q    OKAY.  WELL, WE'RE JUST GOING TO SCROLL THROUGH THEM;

22   OKAY?

23   A    OKAY.

24   Q    OKAY.  YOU RECALL THIS?

25   A    UH-HUH.

```
1    Q     OKAY.  AND WHEN YOU SEE THAT SLIDE, STOP US; OKAY?

2    A     OKAY.  GO BACK.

3    Q     GO BACK.  GO BACK.

4    A     OKAY.  NO, THAT'S NOT IT.

5          MR. MOORE:  DO IT A LITTLE SLOWER, MRS. WOODS,

6    OKAY?

7    BY MR. MOORE:

8    Q     DO YOU SEE THE REPRESENTATION THAT THEY WEREN'T A PONZI

9    GROUP?  DO YOU REMEMBER THAT?

10   A     YES, I DO.

11   Q     OKAY.  DID YOU KNOW WHAT A PONZI GROUP WAS?

12   A     I DID NOT.

13   Q     OKAY.  NOW YOU SEE THIS.  IT SAYS, OFFER BY THE WORLD.

14   THEN IT TALKS ABOUT INTEREST RATES THAT VARIOUS FINANCIAL

15   INSTITUTIONS CAN OFFER.  YOU REMEMBER THAT; RIGHT?

16   A     YES.

17   Q     DO YOU RECALL THIS, THAT CCG OFFERS RESIDUALS FOR LIFE,

18   EDUCATION ON THE FOREX MARKET, HIGH MONTHLY RETURNS, FUNDS

19   MANAGED BY EXPERIENCED TRADERS, AND CONSISTENT AND SOLID

20   RETURNS.

21   A     YES.

22   Q     OKAY.  NOW, THE ONLY MARKET THAT'S REFERENCED HERE IS

23   THE FOREX MARKET; IS THAT RIGHT?

24   A     RIGHT, AND THIS IS -- YEAH.

25   Q     OKAY.  AND WAS THE FOREX MARKET THE LARGEST PART OF
```

DAWN BRACKETT - REDIRECT

1    THEIR PRESENTATION ABOUT HOW THEY MADE MONEY WHEN YOU

2    ATTENDED THAT GATHERING?

3    A    WHAT THEY SAID WAS THAT THEY -- THEY INVESTED IN THE

4    FOREX AND THEY GAVE A BRIEF DESCRIPTION, AND THEN THEY --

5    THEY DID GO IN TO SAY THAT THEY HAD OTHER INVESTMENTS THAT

6    THEY -- THEY PUT THE MONEY INTO.

7    Q    OKAY.  ALL RIGHT.  AND SO THIS AGAIN, THOUGH, WAS IN

8    APRIL OF 2007.

9    A    YES.

10    Q    OKAY.  ALL RIGHT.  LET'S KEEP GOING.  YOU SEE THIS FACT

11    THAT SAYS, FACTS ABOUT THE FOREX MARKET.  DO YOU RECALL THIS?

12    A    YES.

13    Q    AND SAYING THAT THE STOCK -- THE US STOCK MARKET TRADES

14    10 BILLION IN ONE DAY AND THE FOREX MARKET TRADES UP TO

15    2 TRILLION IN ONE DAY.  DO YOU RECALL THAT?

16    A    UH-HUH.  YES.

17    Q    AND DID THEY STATE THAT THEY COULD MAKE A LOT OF MONEY

18    IN THE FOREX MARKET AND DO FOR COMMON PEOPLE WHAT THEY ALLEGE

19    BANKS WERE DOING FOR THEMSELVES?  DO YOU RECALL THAT?

20    A    YES.

21    Q    OKAY.  DO YOU SEE THE -- DO YOU RECALL THIS

22    REPRESENTATION OF THE FACT THAT THEY TRADE IN ALL THESE

23    CURRENCIES?

24    A    YES.

25    Q    OKAY.  NOW WHEN WE GET TO THAT SLIDE YOU'RE TALKING

```
 1   ABOUT, IF YOU SEE IT, STOP ME, OKAY.

 2   A    I BELIEVE THE SLIDE THAT I WAS THINKING OF WAS THE ONE

 3   WITH THE FOREX.  THAT WAS -- SO IF YOU WERE -- IF YOU GO

 4   BACK.

 5   Q    GO BACK.  THAT ONE?

 6   A    NO.  THE ONE THAT HAS THE...

 7   Q    THAT?

 8   A    YES.

 9   Q    WHICH SAYS WHAT THEY OFFER.

10   A    YES.

11   Q    NOW, DID YOU EVER MEET AN EXPERIENCED FOREX TRADER

12   DURING THE TIME YOU WORKED FOR THEM?

13   A    NO.

14   Q    OKAY.  SO YOU -- THIS IS A SLIDE THAT YOU WERE REFERRING

15   TO?

16   A    YES.

17   Q    DO YOU RECALL SEEING THE OTHER SLIDES STATING THAT THEY

18   PROMISED A HUNDRED PERCENT PAY-OFF GUARANTEE?  DO YOU RECALL

19   THAT?

20   A    NOT RIGHT OFF-HAND, BUT IF YOU WERE TO...

21   Q    OKAY.  IF WE COULD GO TO THE QUESTION AND ANSWER

22   SESSION, MRS. WOODS.  DO YOU RECALL THAT THEY GAVE A PITCH

23   ABOUT THE VARIOUS PROGRAMS THAT THEY OFFERED?

24   A    YES.

25   Q    OKAY.  DO YOU RECALL THIS SLIDE, MORTGAGE SATISFACTION,
```

1    NON-CONFRONTATIONAL, NO PRESENTMENTS TO YOUR LENDERS FOR

2    SATISFYING THE LOAN AT THE END OF THE TERM AND A HUNDRED

3    PERCENT PAY-OFF GUARANTEE?

4    A    YES.

5    Q    OKAY.  NOW, YOU DON'T KNOW IF ANY OF THESE OTHER

6    BUSINESSES THAT THEY TALKED ABOUT IN APRIL WERE ACTUALLY

7    MAKING ANY MONEY AT THAT POINT; DO YOU?

8    A    NOT PERSONALLY, NO.

9    Q    OKAY.  AND DO YOU RECALL SIMILAR STATEMENTS ABOUT THE

10   PAY-OFF GUARANTEE FOR OTHERS?  DOES THAT HELP REFRESH YOUR

11   RECOLLECTION, MS. BRACKETT?

12   A    YES.

13   Q    OKAY.  ALL RIGHT.  AND WHAT TYPE OF PRESENTATION WAS

14   THIS IN FAYETTEVILLE?  WAS IT A -- WAS IT A BANQUET?  DID

15   THEY RECOGNIZE PEOPLE WHO HAD RECEIVED LARGE PAY-OUTS OR

16   THINGS OF THAT NATURE?  WAS THAT DISCUSSED AT ALL?

17   A    A BANQUET?

18   Q    WELL, WAS IT A BANQUET?  DID THEY HAVE A BANQUET?

19   A    NO, IT WAS MORE OF A SEMINAR.

20   Q    OKAY.  DID SOME IRS PRESENT AT THE SEMINAR?

21   A    WELL, RIGHT OFF-HAND I -- I DON'T REMEMBER THAT.

22   Q    OKAY.  DID YOU KNOW THAT THERE WERE IRS?

23   A    YES.

24   Q    OKAY.  DID YOU MEET SOME OF THE IRS?

25   A    YES.

DAWN BRACKETT - RECROSS

1    Q    OKAY. AND DID YOU KNOW THAT THE IRS WERE THEMSELVES

2    MAKING SOME MONEY IF THEY BROUGHT PEOPLE INTO THE PROGRAM?

3    A    YES.

4    Q    OKAY. DID YOU -- DO YOU KNOW IF ANY OF THE IRS GOT

5    1099S OR ANYTHING OF THAT NATURE --

6    A    I DO NOT.

7    Q    -- REFLECTING THEIR PARTICIPATION?

8    A    NO.

9         MR. MOORE: BEG A MOMENT, YOUR HONOR. AGAIN THANK

10   YOU VERY MUCH FOR YOUR TIME.

11        THE COURT: ANYTHING ELSE?

12        MR. DUNCAN: ONE MOMENT, YOUR HONOR.

13        MR. LANG: BEGGING THE COURT'S INDULGENCE. IF I

14   COULD, YOUR HONOR. JUST VERY BRIEFLY.

15                    RECROSS-EXAMINATION

16   BY MR. LANG:

17   Q    MS. BRACKETT, YOU WERE ASKED BY GOVERNMENT COUNSEL ABOUT

18   THAT ONE SLIDE AND THE -- THEY BEING TIM OR TONY UTILIZED

19   THAT SLIDE TO TALK ABOUT THEIR OTHER INVESTMENTS OR

20   PROGRAMS --

21   A    YEAH.

22   Q    -- THAT THEY PUT DEPOSITORS' MONEY IN? DO YOU REMEMBER

23   WHAT THOSE OTHER PROGRAMS WERE, OTHER INVESTMENTS WERE OTHER

24   THAN THE CONSTRUCTION THAT WE HAVE TALKED ABOUT JUST BRIEFLY?

25   A    THEY OWNED A TRUCKING COMPANY. THEY ALSO OWNED A

1    TRANSPORTATION COMPANY WHERE THEY HAD LIMOUSINES AND

2    DIFFERENT THINGS LIKE THAT FOR TRANSPORTATION FOR RENT.

3    Q    ALL RIGHT.

4    A    THEY -- I DON'T KNOW IF THEY ACTUALLY OWNED IT, BUT AT

5    ONE TIME I THINK THEY WERE -- I BELIEVE I HEARD SOMETHING

6    ABOUT OWNING A MORTGAGE COMPANY.

7    Q    I'M JUST TALKING ABOUT THE PRESENTATION.

8    A    DURING THE PRESENTATION.

9    Q    YES, MA'AM.

10   A    OH, OKAY.  I'M SORRY.  DURING THE PRESENTATION THEY DID

11   TALK ABOUT THE TRUCKING COMPANY, AND THEY -- THEY SAID THAT

12   THERE WERE OTHER INVESTMENTS, OTHER THINGS THAT THEY OWNED,

13   BUT I DON'T REMEMBER THE ACTUAL LIST OR IF THEY ACTUALLY, YOU

14   KNOW, STATED ANYTHING ELSE.

15   Q    THEY COULD HAVE, BUT IT WAS A LONG TIME AGO, YOU DON'T

16   REMEMBER.

17   A    RIGHT.

18   Q    OKAY.

19        *MR. LANG:*  NO FURTHER QUESTIONS, YOUR HONOR.

20        *THE COURT:*  ANYTHING ELSE?

21        *MR. MOORE:*  NO, MA'AM.

22        *THE COURT:*  ALL RIGHT.  THANK YOU.  YOU CAN STEP

23   DOWN AND YOU'RE EXCUSED.

24        *THE WITNESS:*  THANK YOU, YOUR HONOR.

25        (WITNESS LEFT THE STAND.)

1          (END OF REQUESTED TRANSCRIPT OF RECORD.)

2                              * * *

3      I CERTIFY THAT THE FOREGOING IS A CORRECT TRANSCRIPT

4  FROM THE RECORD OF PROCEEDINGS IN THE ABOVE-ENTITLED MATTER.

5

6      S/KATHLEEN RICHARDSON

7      _____        DECEMBER 22, 2009
       KATHLEEN RICHARDSON, RPR, CRR
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25